## PLAINTIFF CERTIFICATION
## UNDER THE FEDERAL SECURITIES LAWS

I, Walter Schenker, hereby state:

1. I have reviewed a complaint against First Choice Healthcare Solutions, Inc. ("FCHS") and certain of its officer(s) and have authorized Wolf Popper LLP to file a lead plaintiff motion in that action or any related actions on behalf of MAZ Partners LP.

2. I am willing to serve as a representative party on behalf of the Class, as defined in the above referenced complaint, including providing testimony at deposition and trial, if necessary.

3. The following includes all of my transactions in FCHS common stock during the period April 1, 2014 through November 14, 2018.

### SEE ATTACHED

4. I did not purchase these shares at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

5. During the three-year period preceding the date of signing this certification, I have served as a representative on behalf of a class in the case *In Re: PHC, Inc. Shareholder Litigation*, which arose under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of the Class except to receive a pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses, such as lost wages relating to the representation of the Class.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of March, 2019

By: _____
Walter Schenker

## FIRST CHOICE HEALTHCARE SOLUTIONS, INC.
## LIST OF PURCHASES AND SALES

| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE |
|---|---|---|---|
| 6/1/2016 | Purchase | 4,000 | $0.96 |
| 6/29/2016 | Purchase | 2,900 | $0.96 |
| 7/8/2016 | Purchase | 1,100 | $1.19 |
| 7/8/2016 | Purchase | 1,000 | $1.15 |
| 7/11/2016 | Purchase | 1,000 | $1.10 |
| 7/11/2016 | Purchase | 1,600 | $1.07 |
| 7/11/2016 | Purchase | 1,000 | $1.06 |
| 7/11/2016 | Purchase | 1,000 | $1.06 |
| 7/13/2016 | Purchase | 1,560 | $1.03 |
| 7/14/2016 | Purchase | 2,300 | $1.04 |
| 7/15/2016 | Purchase | 1,700 | $1.04 |
| 7/15/2016 | Purchase | 1,700 | $1.02 |
| 7/15/2016 | Purchase | 1,000 | $1.00 |
| 7/15/2016 | Purchase | 1,000 | $1.00 |
| 7/20/2016 | Purchase | 1,900 | $1.10 |
| 7/21/2016 | Purchase | 1,500 | $1.06 |
| 8/11/2016 | Purchase | 500 | $1.06 |
| 8/16/2016 | Purchase | 1,500 | $1.05 |
| 9/12/2016 | Purchase | 50,000 | $1.00 |
| 9/16/2016 | Purchase | 1,000 | $1.15 |
| 9/16/2016 | Purchase | 1,000 | $1.15 |
| 9/16/2016 | Purchase | 2,500 | $1.12 |
| 9/16/2016 | Purchase | 2,000 | $1.10 |
| 9/22/2016 | Purchase | 1,700 | $1.10 |
| 9/30/2016 | Purchase | 200 | $1.05 |
| 9/30/2016 | Purchase | 100 | $1.05 |
| 9/30/2016 | Purchase | 700 | $1.05 |
| 9/30/2016 | Purchase | 2,000 | $1.03 |
| 9/30/2016 | Purchase | 1,500 | $1.02 |
| 9/30/2016 | Purchase | 2,000 | $1.01 |
| 9/30/2016 | Purchase | 1,500 | $1.00 |
| 9/30/2016 | Purchase | 1,500 | $0.99 |
| 9/30/2016 | Purchase | 100 | $1.08 |
| 9/30/2016 | Purchase | 400 | $1.07 |
| 9/30/2016 | Purchase | 500 | $1.09 |
| 10/6/2016 | Purchase | 1,250 | $1.06 |
| 10/7/2016 | Purchase | 1,500 | $1.08 |

| | | | |
|---|---|---|---|
| 10/10/2016 | Purchase | 1,000 | $1.08 |
| 10/10/2016 | Purchase | 1,000 | $1.06 |
| 10/11/2016 | Purchase | 1,000 | $1.08 |
| 10/11/2016 | Purchase | 1,000 | $1.07 |
| 10/14/2016 | Purchase | 1,000 | $1.07 |
| 10/27/2016 | Purchase | 1,000 | $1.06 |
| 10/31/2016 | Purchase | 1,000 | $1.09 |
| 10/31/2016 | Purchase | 1,000 | $1.09 |
| 11/04/2016 | Purchase | 1,500 | $1.07 |
| 11/07/2016 | Purchase | 700 | $1.07 |
| 11/07/2016 | Purchase | 800 | $1.07 |
| 11/09/2016 | Purchase | 1,000 | $1.08 |
| 11/09/2016 | Purchase | 1,500 | $1.07 |
| 12/22/2016 | Purchase | 100 | $1.25 |
| 12/22/2016 | Purchase | 1,000 | $1.26 |
| 12/22/2016 | Purchase | 650 | $1.32 |
| 12/22/2016 | Purchase | 350 | $1.32 |
| 12/22/2016 | Purchase | 1,000 | $1.30 |
| 12/22/2016 | Purchase | 1,000 | $1.30 |
| 12/22/2016 | Purchase | 1,000 | $1.30 |
| 12/23/2016 | Purchase | 965 | $1.30 |
| 12/23/2016 | Purchase | 100 | $1.35 |
| 12/23/2016 | Purchase | 404 | $1.34 |
| 12/23/2016 | Purchase | 496 | $1.34 |
| 12/23/2016 | Purchase | 64 | $1.34 |
| 12/23/2016 | Purchase | 236 | $1.34 |
| 12/23/2016 | Purchase | 300 | $1.34 |
| 12/27/2016 | Purchase | 1,000 | $1.29 |
| 1/9/2017 | Purchase | 1,700 | $1.38 |
| 1/9/2017 | Purchase | 1,700 | $1.35 |
| 1/9/2017 | Purchase | 1,700 | $1.31 |
| 1/9/2017 | Purchase | 1,700 | $1.27 |
| 4/5/2017 | Purchase | 1,998 | $1.42 |
| 4/5/2017 | Purchase | 2 | $1.42 |
| 4/6/2017 | Purchase | 1,000 | $1.48 |
| 4/6/2017 | Purchase | 600 | $1.48 |
| 5/16/2017 | Purchase | 1,000 | $1.41 |
| 5/16/2017 | Purchase | 1,000 | $1.37 |
| 5/16/12017 | Purchase | 500 | $1.32 |
| 5/16/2017 | Purchase | 500 | $1.32 |
| 5/17/2017 | Purchase | 1,000 | $1.36 |
| 5/17/2017 | Purchase | 1,000 | $1.32 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 5/23/2017 | Purchase | 1,000 | $1.33 |
| 5/26/2017 | Purchase | 1,000 | $1.23 |
| 5/30/2017 | Purchase | 1,000 | $1.30 |
| 5/31/2017 | Purchase | 1,000 | $1.26 |
| 5/31/2017 | Purchase | 1,000 | $1.23 |
| 6/15/2017 | Purchase | 1,000 | $1.50 |
| 6/15/2017 | Purchase | 500 | $1.50 |
| 6/15/2017 | Purchase | 500 | $1.50 |
| 6/15/2017 | Purchase | 300 | $1.48 |
| 6/15/2017 | Purchase | 700 | $1.48 |
| 6/19/2017 | Purchase | 1,000 | $1.49 |
| 6/20/2017 | Purchase | 1,000 | $1.44 |
| 6/20/2017 | Purchase | 1,000 | $1.41 |
| 6/21/2017 | Purchase | 700 | $1.39 |
| 7/5/2017 | Purchase | 1,000 | $1.41 |
| 7/17/2017 | Purchase | 1,000 | $1.41 |
| 7/18/2017 | Purchase | 1,000 | $1.40 |
| 7/19/2017 | Purchase | 1,000 | $1.40 |
| 7/20/2017 | Purchase | 1,000 | $1.37 |
| 7/20/2017 | Purchase | 1,000 | $1.35 |
| 7/20/2017 | Purchase | 1,000 | $1.33 |
| 7/25/2017 | Purchase | 1,000 | $1.37 |
| 9/5/2017 | Purchase | 2,700 | $1.02 |
| 9/18/2017 | Purchase | 2,000 | $1.02 |
| 9/22/2017 | Purchase | 1,500 | $1.06 |
| 9/22/2017 | Purchase | 2,000 | $1.06 |
| 9/25/2017 | Purchase | 1,800 | $1.07 |
| 9/26/2017 | Purchase | 500 | $1.07 |
| 9/26/2017 | Purchase | 1,700 | $1.07 |
| 9/29/2017 | Purchase | 1,500 | $1.04 |
| 9/29/2017 | Purchase | 500 | $1.04 |
| 9/29/2017 | Purchase | 100 | $1.10 |
| 9/29/2017 | Purchase | 200 | $1.09 |
| 10/2/2017 | Purchase | 1,000 | $1.03 |
| 10/2/2017 | Purchase | 1,000 | $1.02 |
| 10/3/2017 | Purchase | 2,400 | $1.01 |
| 10/4/2017 | Purchase | 1,600 | $1.02 |
| 10/5/2017 | Purchase | 2,600 | $1.01 |
| 10/5/2017 | Purchase | 500 | $0.99 |
| 10/5/2017 | Purchase | 1,600 | $0.99 |
| 10/11/2017 | Purchase | 1,758 | $1.01 |
| 10/12/2017 | Purchase | 1,000 | $1.01 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 10/12/2017 | Purchase | 1,500 | $1.01 |
| 10/13/2017 | Purchase | 942 | $1.00 |
| 10/13/2017 | Purchase | 1,558 | $1.00 |
| 10/18/2017 | Purchase | 4,000 | $0.97 |
| 10/20/2017 | Purchase | 1,500 | $0.97 |
| 10/23/2017 | Purchase | 1,500 | $0.96 |
| 10/23/2017 | Purchase | 1,000 | $0.98 |
| 11/9/2017 | Purchase | 2,000 | $0.93 |
| 11/9/2017 | Purchase | 2,000 | $0.91 |
| 11/9/2017 | Purchase | 1,000 | $0.95 |
| 11/9/2017 | Purchase | 1,000 | $0.96 |
| 1/23/2018 | Purchase | 1,500 | $1.24 |
| 12/3/2018 | Purchase | 8,300 | $0.40 |
| 12/3/2018 | Purchase | 10,000 | $0.40 |
| 12/3/2018 | Purchase | 3,500 | $0.44 |
| 12/3/2018 | Purchase | 6,500 | $0.44 |
| 12/7/2018 | Purchase | 500 | $0.36 |
| 2/8/2018 | Purchase | 1,000 | $1.33 |
| 2/8/2018 | Purchase | 1,000 | $1.35 |
| 2/8/2018 | Purchase | 1,000 | $1.37 |
| 2/8/2018 | Purchase | 1,000 | $1.39 |
| 3/13/2018 | Purchase | 1,000 | $1.36 |
| 3/13/2018 | Purchase | 1,000 | $1.38 |
| 3/16/2018 | Purchase | 1,000 | $1.38 |
| 3/21/2018 | Purchase | 1,400 | $1.36 |
| 3/27/2018 | Purchase | 226 | $1.38 |
| 4/3/2018 | Sale | 900 | $1.38 |
| 4/17/2018 | Purchase | 1,000 | $1.25 |
| 4/18/2018 | Purchase | 2,000 | $1.22 |
| 4/18/2018 | Purchase | 2,000 | $1.24 |
| 4/19/2018 | Purchase | 2,000 | $1.21 |
| 4/26/2018 | Purchase | 900 | $1.22 |
| 5/14/2018 | Purchase | 1,000 | $1.18 |
| 5/14/2018 | Purchase | 1,000 | $1.20 |
| 5/15/2018 | Purchase | 1,000 | $1.17 |
| 5/15/2018 | Sale | 1,000 | $1.34 |
| | **TOTAL PURCHASE:** | 250,859 | $258,469.76 |

4