# Exhibit B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80343-Civ-RYSKAMP/VITUNAC

JOHN J. MCILVAINE, Individually and On )
Behalf of a Class of Persons Similarly Situated, )
                                   )
                    Plaintiff, )
                                     )
     vs. )
                                       )
ARTHROCARE CORPORATION, et al., )
                                       )
                   Defendants. )
                                       )
_____ )

**STIPULATION CONCERNING PLAINTIFF'S MOTION TO STAY AND RESPONSE
DATES TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff John McIlvaine ("Plaintiff") and Defendants ArthroCare Corporation
("ArthroCare"), Michael Baker and Michael Gluk (the "Individual Defendants," and with
ArthroCare, the "Defendants") hereby stipulate and agree as follows:

WHEREAS Plaintiff filed a Class Action Complaint (the "Complaint") on April 4, 2008

against Defendants alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934

(the "Exchange Act") [D.E. #1];

WHEREAS Defendant ArthroCare filed a Motion to Dismiss the Complaint on April 7, 2008

[D.E. #4];

Case No. 08-80343-Civ-RYSKAMP/VITUNAC

WHEREAS Plaintiff, on April 11, 2008, filed a Motion to Stay consideration of ArthroCare's motion to dismiss pending the Court's: (1) ruling on consolidation of the pending action and any other related actions that may be filed; (2) appointment of a lead plaintiff and lead counsel to direct and oversee the litigation; and (3) issuance of a scheduling order or convening of a case management conference in order to set forth an appropriate briefing schedule on the forthcoming consolidated complaint and Defendant's response thereto [D.E. #7];

WHEREAS Defendants, on April 28, 2008, jointly filed an opposition to Plaintiff's Motion to Stay [D.E. #11], and Plaintiff filed a reply in support of its motion on May 8, 2008 [D.E. #13];

WHEREAS Plaintiff, on April 21, 2008, filed an Unopposed Motion for Extension of Time to Respond to Defendant ArthroCare Corporation's Motion to Dismiss [D.E. # 8], which the Court granted on the same date, extending the deadline for Plaintiff to file a response until May 30, 2008 [D.E. #9];

WHEREAS the Individual Defendants, on May 2, 2008, filed a Motion to Dismiss, nearly identical to the one filed by Defendant ArthroCare [D.E. #12];

WHEREAS Plaintiff, on May 16, 2008, moved for an extension of time to respond to the Individual Defendants' Motion to Dismiss until May 30, 2008 [D.E. # 14], which the Court granted on May 19, 2008 [D.E. #15];

WHEREAS Plaintiff and Defendants have continued to meet and confer concerning Plaintiff's pending Motion to Stay; and

WHEREAS Defendants now agree that the Motion to Stay should be granted, and that the deadline for Plaintiff to respond to Defendants' Motions to Dismiss should be extended;

-2-

Case No. 08-80343-Civ-RYSKAMP/VITUNAC

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that the Motion to Stay should be granted, and that Plaintiff shall have until thirty (30) days after entry of a Court order appointing lead plaintiff and lead counsel in this litigation to file responses to Defendant ArthroCare's Motion to Dismiss [D.E. #4] and to Defendant Michael Baker and Michael Gluk's Motion to Dismiss [D.E. #12].

AGREED TO THIS 27th DAY OF MAY, 2008 BY:

SCHATZ NOBEL IZARD, P.C.

s/Jeffrey S. Nobel_____

JEFFREY S. NOBEL
MARK P. KINDALL
SETH R. KLEIN
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  860/493-6292

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

s/Douglas S. Wilens_____

PAUL J. GELLER
Florida Bar No. 984795
DOUGLAS S. WILENS
Florida Bar No. 0079987
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
pgeller@csgrr.com
dwilens@csgrr.com

SARRAF GENTILE LLP
JOSEPH GENTILE
RONEN SARRAF
11 Hanover Square, 2nd Floor
New York, NY  10005
Telephone:  212/868-3610

*Attorneys for Plaintiff*

DLA Piper US LLP

s/*Robert W. Brownlie*_____

ROBERT W. BROWNLIE
401 B. Street, Suite 1700
San Diego, CA  92101
Telephone:  619/699-2800

Lonnie L. Simpson
Kevin P. McCoy
DLA Pipe US LLP
101 E. Kennedy Blvd.; Suite 2000
Tampa, FL  33602
Telephone:  813/222-5921
813/381-1162 (Fax)

*Attorneys for Defendants*

-3-

-4-

Case No. 08-80343-Civ-RYSKAMP/VITUNAC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Douglas S. Wilens*
DOUGLAS S. WILENS

COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail: dwilens@csgrr.com

-4-