# Exhibit C

CLOSED

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:02-cv-80252-KLR

Cohen v. Saf T Lok, Inc., et al
Assigned to: Senior Judge Kenneth L. Ryskamp
Demand: $0
Cause: 28:1331 Fed. Question: Securities Violation

Date Filed: 03/26/2002
Date Terminated: 06/29/2005
Jury Demand: Both
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2002 | 2 | SUMMONS(ES) issued for Saf T Lok, Inc., Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Horbostel, Goldberg Wagner (Former Deputy Clerk) (Entered: 03/26/2002) |
| 03/22/2002 | 3 | ORDER OF PRETRIAL PROCEDURES:PRETRIAL ORDER filed: ( Signed by Judge Kenneth L. Ryskamp on 3/22/02) [EOD Date: 3/26/02] (Former Deputy Clerk) (Entered: 03/26/2002) |
| 03/26/2002 | 1 | CLASS ACTION COMPLAINT filed; FILING FEE $150.00 RECEIPT # 715989; Magistrate Judge Ann E. Vitunac (Former Deputy Clerk) (Entered: 03/26/2002) |
| 04/15/2002 | 4 | MOTION by Goldberg Wagner to extend time to respond to complaint (at, Deputy Clerk) (Entered: 04/16/2002) |
| 04/16/2002 | 6 | RETURN OF SERVICE executed for Franklin W. Brooks on 4/4/02 Answer due on 4/24/02 for Franklin W. Brooks (at, Deputy Clerk) (Entered: 04/17/2002) |
| 04/16/2002 | 7 | RETURN OF SERVICE executed for Goldberg Wagner on 3/25/02 Answer due on 4/14/02 for Goldberg Wagner (at, Deputy Clerk) (Entered: 04/17/2002) |
| 04/16/2002 | 8 | RETURN OF SERVICE executed for Jeffrey W. Brooks on 4/4/02 Answer due on 4/24/02 for Jeffrey W. Brooks (at, Deputy Clerk) (Entered: 04/18/2002) |
| 04/17/2002 | 5 | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S CLASS ACTION COMPLAINT granting [4-1] motion to extend time to respond to complaint set answer due for 4/25/02 for Goldberg Wagner (Signed by Judge Kenneth L. Ryskamp on 4/17/02) [EOD Date: 4/17/02] (at, Deputy Clerk) (Entered: 04/17/2002) |
| 04/24/2002 | 9 | RETURN OF SERVICE executed for Saf T Lok, Inc. on 4/4/02 Answer due on 4/24/02 for Saf T Lok, Inc. (at, Deputy Clerk) (Entered: 04/25/2002) |
| 04/24/2002 | 10 | |

|  |  | RETURN OF SERVICE executed for John F. Hornbostel Jr. on 4/4/02 Answer due on 4/24/02 for John F. Hornbostel Jr. (at, Deputy Clerk) (Entered: 04/25/2002) |
|---|---|---|
| 04/24/2002 | 11 | RETURN OF SERVICE executed for James E. Winner Jr. on 4/4/02 Answer due on 4/24/02 for James E. Winner Jr. (at, Deputy Clerk) (Entered: 04/25/2002) |
| 04/24/2002 | 12 | AGREED MOTION by Saf T Lok, Inc., Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., Goldberg Wagner, John F. Hornbostel Jr. to extend time to respond complaint (at, Deputy Clerk) (Entered: 04/25/2002) |
| 04/25/2002 | 13 | MOTION by Goldberg Wagner to dismiss complaint , or in the alternative for more definite statement (at, Deputy Clerk) (Entered: 04/26/2002) |
| 05/06/2002 | 14 | ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SUMMONS AND COMPLAINT granting [12-1] motion to extend time to respond complaint. Defendants are granted extension of time by which to respond to the complaint until forty-five days after the Court's appointment of Lead Plaintiff and Lead Counsel. (Signed by Judge Kenneth L. Ryskamp on 5/5/02) [EOD Date: 5/6/02] (at, Deputy Clerk) (Entered: 05/06/2002) |
| 05/08/2002 | 15 | MOTION with memorandum in support by Edward Cohen to stay resolution of defendant's motion to dismiss and to establish an orderly procedure in this case in compliance with the private securities litigation reform act of 1995 (at, Deputy Clerk) (Entered: 05/09/2002) |
| 05/13/2002 | 16 | RETURN OF SERVICE executed for William Schmidt on 4/15/02 Answer due on 5/5/02 for William Schmidt (at, Deputy Clerk) (Entered: 05/14/2002) |
| 05/28/2002 | 17 | ORDER GRANTING PLAINTIFF'S MOTION TO STAY RESOLUTION OF DEFENDANT'S MOTION TO DISMISS AND TO ESTABLISH AN ORDERLY PROCEDURE IN THIS CASE IN COMPLIANCE WITH THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995 USC granting [15-1] motion to stay resolution of defendant's motion to dismiss and to establish an orderly procedure in this case in compliance with the private securities litigation reform act of 1995, denying [13-1] motion to dismiss complaint is dismissed as moot without prejudice. (Signed by Judge Kenneth L. Ryskamp on 5/28/02) [EOD Date: 5/29/02] (at, Deputy Clerk) (Entered: 05/29/2002) |
| 05/31/2002 | 18 | MOTION by Saf T Lok, Inc. to consolidate cases , for appointment as lead plaintiff and for approval of lead counsel (at, Deputy Clerk) (Entered: 06/03/2002) |
| 05/31/2002 | 19 | MEMORANDUM OF LAW by Saf T Lok, Inc. in support of [18-1] motion to consolidate cases, [18-2] motion for appointment as lead plaintiff and for approval of lead counsel (at, Deputy Clerk) (Entered: 06/03/2002) |
| 05/31/2002 | 20 |  |

| | | |
|---|---|---|
| | | AFFIDAVIT OF KENNETH J. VIANALE by Saf T Lok, Inc. Re: [18-1] motion to consolidate cases, [18-2] motion for appointment as lead plaintiff and for approval of lead counsel (at, Deputy Clerk) (Entered: 06/03/2002) |
| 07/03/2002 | 21 | ORDER CONSOLIDATING THE ACTIONS APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL granting [18-1] motion to consolidate cases, granting [18-2] motion for appointment as lead plaintiff and for approval of lead counsel. The Master File shall be Case No. 02-80252-CIV-RYSKAMP. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket. Every pleading filed in the Consolidated Action shall have the following caption: In Re Sat T Lok, Inc Securites Litigation Case No. 02-80252-CIV-RYSKAMP (Signed by Judge Kenneth L. Ryskamp on 7/3/02) [EOD Date: 7/8/02] (at, Deputy Clerk) (Entered: 07/08/2002) |
| 07/03/2002 | | ** Consolidated Lead Case (at, Deputy Clerk) (Entered: 07/08/2002) |
| 08/06/2002 | 22 | JOINT STIPULATION by Edward Cohen, Saf T Lok, Inc., Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr., Goldberg Wagner In Re: Briefing Schedule For Plaintiff's Amended Consolidated Class Action Complaint And Defendants' Motion To Dismiss (at, Deputy Clerk) (Entered: 08/07/2002) |
| 08/12/2002 | 23 | ORDER granting [22-1] stipulation is APPROVED AND ADOPTED. (Signed by Judge Kenneth L. Ryskamp on 8/12/02) [EOD Date: 8/12/02] (at, Deputy Clerk) (Entered: 08/12/2002) |
| 08/20/2002 | 24 | AGREED MOTION by Edward Cohen to extend time for briefing schedule for plaintiff's amended consolidated class action complaint and defendants' motion to dismiss (at, Deputy Clerk) (Entered: 08/21/2002) |
| 08/28/2002 | 25 | ORDER granting [24-1] motion to extend time for briefing schedule for plaintiff's amended consolidated class action complaint and defendants' motion to dismiss (Signed by Judge Kenneth L. Ryskamp on 8/28/02) [EOD Date: 8/28/02] (at, Deputy Clerk) (Entered: 08/28/2002) |
| 09/13/2002 | 26 | CONSOLIDATED AMENDED CLASS ACTION COMPLAINT by Edward Cohen , (Answer due 9/23/02 for John F. Hornbostel Jr., for Goldberg Wagner, for James E. Winner Jr., for William Schmidt, for Jeffrey W. Brooks, for Franklin W. Brooks, for Saf T Lok, Inc.) amending [1-1] complaint (at, Deputy Clerk) (Entered: 09/16/2002) |
| 10/11/2002 | 27 | AGREED MOTION by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. to extend time for briefing schedule (kw, Deputy Clerk) (Entered: 10/15/2002) |
| 10/23/2002 | 28 | ORDER MODIFYING BRIEFING SCHEDULING ORDER granting [27-1] motion to extend time for briefing schedule. Motion to dismiss served no later than 11/11/02, opposing memoranda served no later than 12/11/02, defendants' replies served no later than 12/26/02 (Signed by Judge Kenneth L. Ryskamp on 10/23/02) [EOD Date: 10/23/02] (Former Deputy Clerk) (Entered: 10/23/2002) |
| 11/12/2002 | 29 | |

|  |  | MOTION by Goldberg Wagner to dismiss Amended Consolidated Complaint (at, Deputy Clerk) (Entered: 11/12/2002) |
|---|---|---|
| 11/12/2002 | 30 | MOTION with memorandum in support by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. to dismiss amended complaint (Former Deputy Clerk) (Entered: 11/13/2002) |
| 11/12/2002 | 31 | MOTION by Franklin W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. for judicial notice (Former Deputy Clerk) (Entered: 11/13/2002) |
| 12/05/2002 | 32 | MOTION by Edward Cohen for leave to file forty page omnibus brief in opposition to defendants' motions to dismiss (at, Deputy Clerk) (Entered: 12/06/2002) |
| 12/06/2002 | 33 | ORDER granting [32-1] motion for leave to file forty page omnibus brief in opposition to defendants' motions to dismiss (Signed by Judge Kenneth L. Ryskamp on 12/6/02) [EOD Date: 12/9/02] (at, Deputy Clerk) (Entered: 12/09/2002) |
| 12/09/2002 | 34 | AGREED MOTION by Edward Cohen to extend time of briefing schedule on defendants' motions to dismiss (at, Deputy Clerk) (Entered: 12/10/2002) |
| 12/10/2002 | 35 | ORDER granting [34-1] motion to extend time of briefing schedule on defendants' motions to dismiss Response to motion reset to 1/13/03 for [30-1] motion to dismiss amended complaint, reset to 1/13/03 for [29-1] motion to dismiss Amended Consolidated Complaint (Signed by Judge Kenneth L. Ryskamp on 12/10/02) [EOD Date: 12/11/02] (at, Deputy Clerk) (Entered: 12/11/2002) |
| 12/23/2002 | 36 | MEMORANDUM OF LAW by Edward Cohen in opposition to [30-1] motion to dismiss amended complaint, [29-1] motion to dismiss Amended Consolidated Complaint (at, Deputy Clerk) (Entered: 12/26/2002) |
| 01/15/2003 | 37 | REPLY by Goldberg Wagner to response to [29-1] motion to dismiss Amended Consolidated Complaint (at, Deputy Clerk) (Entered: 01/16/2003) |
| 01/15/2003 | 38 | REPLY MEMORANDUM IN SUPPORT by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. in support of [30-1] motion to dismiss amended complaint (at, Deputy Clerk) (Entered: 01/16/2003) |
| 01/15/2003 | 39 | NOTICE of CORRECTION OF SCRIVENER'S ERROR by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. (at, Deputy Clerk) (Entered: 01/16/2003) |
| 01/21/2003 | 40 | NOTICE OF HEARING Motion hearing before Judge Kenneth L. Ryskamp set for 8:30 a.m. on 2/27/03 for [31-1] motion for judicial notice, set for 8:30 a.m. on 2/27/03 for [30-1] motion to dismiss amended complaint (Signed by Judge Kenneth L. Ryskamp on 1/21/03) [EOD Date: 1/21/03] (at, Deputy Clerk) (Entered: 01/21/2003) |
| 01/29/2003 | 41 | NOTICE by Goldberg Wagner to take deposition of Edward Cohen on 2/27/03 at 10:00 a.m. (at, Deputy Clerk) (Entered: 01/30/2003) |

| 02/11/2003 | 42 | AGREEMENT AND STIPULATION by Edward Cohen to substitute Kenneth J. Vianale as Attorney (at, Deputy Clerk) (Entered: 02/12/2003) |
| 02/11/2003 | 43 | CONSENT TO SUBSTITUTION by Edward Cohen (at, Deputy Clerk) (Entered: 02/12/2003) |
| 02/11/2003 | 44 | ORDER granting [42-1] motion to substitute Kenneth J. Vianale as Attorney (Added: Kenneth J. Vianale) (Signed by Judge Kenneth L. Ryskamp on 2/11/03) [EOD Date: 2/12/03] (at, Deputy Clerk) (Entered: 02/12/2003) |
| 02/20/2003 | 45 | MOTION by Edward Cohen to bring electronic equipment into the courtroom (at, Deputy Clerk) (Entered: 02/20/2003) |
| 02/21/2003 | 46 | ORDER GRANTING MOTION TO ALLOW USE OF COMPUTER AND PRESENTATION EQUIPMENT IN THE COURTROOM DURING HEARING ON DEFENDANT'S MOTION TO DISMISS granting [45-1] motion to bring electronic equipment into the courtroom (Signed by Judge Kenneth L. Ryskamp on 2/21/03) [EOD Date: 2/21/03] (at, Deputy Clerk) (Entered: 02/21/2003) |
| 02/27/2003 | 47 | Minutes of Motion To Dismiss held before Judge Kenneth L. Ryskamp on 2/27/03; Court Reporter Name or Tape #: Mary Desiderio (at, Deputy Clerk) (Entered: 02/27/2003) |
| 02/27/2003 |  | Motion hearing re: [30-1] motion to dismiss amended complaint Motion hearing held, [29-1] motion to dismiss Amended Consolidated Complaint (at, Deputy Clerk) (Entered: 02/27/2003) |
| 03/10/2003 | 48 | MOTION with memorandum in support by Edward Cohen for leave to file amended complaint (at, Deputy Clerk) (Entered: 03/11/2003) |
| 03/25/2003 | 49 | REPLY by Goldberg Wagner to response to [48-1] motion for leave to file amended complaint (at, Deputy Clerk) (Entered: 03/26/2003) |
| 05/19/2003 | 50 | NOTICE of filing of supplemental authortiy in further opposition to defendant's motions to dismiss by Edward Cohen (cj, Deputy Clerk) (Entered: 05/19/2003) |
| 07/03/2003 | 51 | ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION granting [48-1] motion for leave to file amended complaint, granting [31-1] motion for judicial notice, granting [30-1] motion to dismiss amended complaint, granting [29-1] motion to dismiss Amended Consolidated Complaint. Plaintiffs shall have thirty (30) days from the date of this Order to file an amended complaint. (Signed by Judge Kenneth L. Ryskamp on 7/3/03) [EOD Date: 7/7/03] (at, Deputy Clerk) (Entered: 07/07/2003) |
| 08/04/2003 | 52 | SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT by Edward Cohen , (Answer due 8/14/03 for John F. Hornbostel Jr., for Goldberg Wagner, for James E. Winner Jr., for William Schmidt, for Jeffrey W. Brooks, for Franklin W. Brooks, for Saf T Lok, Inc.) amending [26-1] amended complaint (at, Deputy Clerk) (Entered: 08/05/2003) |
| 08/19/2003 | 53 |  |

| | | |
|---|---|---|
| | | MOTION by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. to extend time to respond to second consolidated amended class action complaint (kw, Deputy Clerk) (Entered: 08/19/2003) |
| 08/22/2003 | 54 | ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT granting [53-1] motion to extend time to respond to second consolidated amended class action complaint. Defendants shall serve a response to the second amended complaint on or before 9/8/03. (Signed by Judge Kenneth L. Ryskamp on 8/22/03) [EOD Date: 8/22/03] (at, Deputy Clerk) (Entered: 08/22/2003) |
| 09/09/2003 | 55 | MOTION with memorandum in support by Goldberg Wagner to dismiss second amended complaint (at, Deputy Clerk) (Entered: 09/10/2003) |
| 09/09/2003 | 56 | AGREED MOTION with memorandum in support by Edward Cohen for leave to file third consolidated amended class action complaint (at, Deputy Clerk) (Entered: 09/10/2003) |
| 09/17/2003 | 57 | ORDER granting [56-1] motion for leave to file third consolidated amended class action complaint. Defendants' will file their response thereto on or before 9/24/03. (Signed by Judge Kenneth L. Ryskamp on 9/17/03) [EOD Date: 9/18/03] (at, Deputy Clerk) (Entered: 09/18/2003) |
| 09/17/2003 | 58 | THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT by Edward Cohen , (Answer due 9/29/03 for John F. Hornbostel Jr., for Goldberg Wagner, for James E. Winner Jr., for William Schmidt, for Jeffrey W. Brooks, for Franklin W. Brooks, for Saf T Lok, Inc.) amending [52-1] amended complaint (at, Deputy Clerk) (Entered: 09/18/2003) |
| 09/18/2003 | 59 | AGREED MOTION by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. to extend time to respond to third amended consolidated class action complaint (kw, Deputy Clerk) (Entered: 09/19/2003) |
| 09/29/2003 | 60 | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT granting [59-1] motion to extend time to respond to third amended consolidated class action complaint. All defendants shall serve their responses to the third amended consolidated complaint on or before 10/17/03. (Signed by Judge Kenneth L. Ryskamp on 9/29/03) [EOD Date: 9/30/03] (at, Deputy Clerk) (Entered: 09/30/2003) |
| 10/20/2003 | 61 | AGREED MOTION by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr., Goldberg Wagner to extend time to respond to third amended consolidated class action complaint (at, Deputy Clerk) (Entered: 10/21/2003) |
| 10/24/2003 | 62 | MOTION with memorandum in support by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. to dismiss third consolidated amended class action complaint (Former Deputy Clerk) (Entered: 10/24/2003) |

CM/ECF - Live Database - flsd                                    Page 7 of 13
Case 6:19-cv-00619-PGB-LHP    Document 25-3    Filed 05/21/19    Page 8 of 14 PageID
368

| 10/24/2003 | 63 | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPONSE TO THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT granting [61-1] motion to extend time to respond to third amended consolidated class action complaint All Defendants shall serve their response to the Third Amended Consolidated Complaint on or before 10/24/03. (Signed by Judge Kenneth L. Ryskamp on 10/24/03) [EOD Date: 10/27/03] (at, Deputy Clerk) (Entered: 10/27/2003) |
|---|---|---|
| 10/27/2003 | 64 | MOTION with memorandum in support by Goldberg Wagner to dismiss third consolidated amended class complaint (at, Deputy Clerk) (Entered: 10/28/2003) |
| 11/06/2003 | 65 | AGREED MOTION by Edward Cohen to extend time to respond to defendants' motions to dismiss third consolidated amended complaint (kw, Deputy Clerk) (Entered: 11/06/2003) |
| 11/12/2003 | 66 | ORDER granting [65-1] motion to extend time to respond to defendants' motions to dismiss third consolidated amended complaint Response to motion reset to 12/8/03 for [64-1] motion to dismiss third consolidated amended class complaint, reset to 12/8/03 for [62-1] motion to dismiss third consolidated amended class action complaint, reset to 12/8/03 for [55-1] motion to dismiss second amended complaint (Signed by Judge Kenneth L. Ryskamp on 11/12/03) [EOD Date: 11/14/03] (Former Deputy Clerk) (Entered: 11/14/2003) |
| 12/08/2003 | 67 | UNOPPOSED MOTION by Edward Cohen to exceed page limitation (at, Deputy Clerk) (Entered: 12/08/2003) |
| 12/08/2003 | 68 | REQUEST by Edward Cohen for Oral Argument on [64-1] motion to dismiss third consolidated amended class complaint, [62-1] motion to dismiss third consolidated amended class action complaint (at, Deputy Clerk) (Entered: 12/09/2003) |
| 12/08/2003 | 69 | MEMORANDUM OF LAW by Edward Cohen in opposition to [64-1] motion to dismiss third consolidated amended class complaint (at, Deputy Clerk) (Entered: 12/09/2003) |
| 12/09/2003 | 70 | ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION granting [67-1] motion to exceed page limitation (Signed by Judge Kenneth L. Ryskamp on 12/9/03) [EOD Date: 12/10/03] (at, Deputy Clerk) (Entered: 12/10/2003) |
| 12/17/2003 | 71 | MOTION by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. to extend time for defendants to serve reply briefs in support of their motions to dismiss (kw, Deputy Clerk) (Entered: 12/18/2003) |
| 12/18/2003 | 72 | ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO SERVE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS granting [71-1] motion to extend time for defendants to serve reply briefs in support of their motions to Reply to Response to Motion reset to 1/9/04 for [64-1] motion to dismiss third consolidated amended class complaint, reset to 1/9/04 for [62-1] motion to dismiss third consolidated amended class action complaint, reset to 1/9/04 for [55-1] motion to dismiss |

CM/ECF - Live Database - flsd                                      Page 8 of 13
Case 6:19-cv-00619-PGB-LHP    Document 25-3    Filed 05/21/19    Page 9 of 14 PageID
369

| | | |
|---|---|---|
| | | second amended complaint (Signed by Judge Kenneth L. Ryskamp on 12/18/03) [EOD Date: 12/19/03] (at, Deputy Clerk) (Entered: 12/19/2003) |
| 01/09/2004 | 73 | REPLY by Saf T Lok, Inc. to response to [64-1] motion to dismiss third consolidated amended class complaint (kw, Deputy Clerk) (Entered: 01/12/2004) |
| 01/13/2004 | 74 | NOTICE OF HEARING Motion hearing before Judge Kenneth L. Ryskamp set for 9:30 a.m. on 2/6/04 for [68-1] motion for Oral Argument on [64-1] motion to dismiss third consolidated amended class complaint, [62-1] motion to dismiss third consolidated amended class action complaint, set for 9:30 a.m. on 2/6/04 for [64-1] motion to dismiss third consolidated amended class complaint, set for 9:30 a.m. on 2/6/04 for [62-1] motion to dismiss third consolidated amended class action complaint (Signed by Judge Kenneth L. Ryskamp on 1/13/04) [EOD Date: 1/13/04] (at, Deputy Clerk) (Entered: 01/13/2004) |
| 01/14/2004 | 75 | REPLY by Goldberg Wagner to response to [64-1] motion to dismiss third consolidated amended class complaint (at, Deputy Clerk) (Entered: 01/15/2004) |
| 02/06/2004 | 76 | RENOTICE OF HEARING Motion hearing before Judge Kenneth L. Ryskamp set for 10:30 a.m. on 2/12/04 for [68-1] motion for Oral Argument on [64-1] motion to dismiss third consolidated amended class complaint, [62-1] motion to dismiss third consolidated amended class action complaint, set for 10:30 a.m. on 2/12/04 for [64-1] motion to dismiss third consolidated amended class complaint, set for 10:30 a.m. on 2/12/04 for [62-1] motion to dismiss third consolidated amended class action complaint (Signed by Judge Kenneth L. Ryskamp on 2/6/04) [EOD Date: 2/6/04] (at, Deputy Clerk) (Entered: 02/06/2004) |
| 02/10/2004 | 77 | RE-NOTICE OF HEARING Motion hearing before Judge Kenneth L. Ryskamp set for 9:00 a.m. on 2/20/04 for [68-1] motion for Oral Argument on [64-1] motion to dismiss third consolidated amended class complaint, [62-1] motion to dismiss third consolidated amended class action complaint, set for 9:00 a.m. on 2/20/04 for [64-1] motion to dismiss third consolidated amended class complaint, set for 9:00 a.m. on 2/20/04 for [62-1] motion to dismiss third consolidated amended class action complaint (Signed by Judge Kenneth L. Ryskamp on 2/10/04) [EOD Date: 2/11/04] (at, Deputy Clerk) (Entered: 02/11/2004) |
| 02/20/2004 | 78 | Minutes of Motion To Dismiss held before Judge Kenneth L. Ryskamp on 2/20/04; Court heard arguments on defendants' motions to dismiss Court Reporter Name or Tape #: Stephen Franklin (at, Deputy Clerk) (Entered: 02/23/2004) |
| 02/20/2004 | | Motion hearing re: [64-1] motion to dismiss third consolidated amended class complaint Motion hearing held, [62-1] motion to dismiss third consolidated amended class action complaint Motion hearing held (at, Deputy Clerk) (Entered: 02/23/2004) |
| 03/03/2004 | 79 | |

| | | |
|---|---|---|
| | | ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT denying [64-1] motion to dismiss third consolidated amended class complaint, granting in part, denying in part [62-1] motion to dismiss third consolidated amended class action complaint. The first claim as it pertains to Defendant Winner is dismissed, but the Complaint is not dismissed as it pertains to the remaining claims and Defendants. (Signed by Judge Kenneth L. Ryskamp on 3/3/04) [EOD Date: 3/4/04] (at, Deputy Clerk) (Entered: 03/04/2004) |
| 03/11/2004 | 80 | UNOPPOSED MOTION by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. to extend time to answer third amended consolidated class action complaint (at, Deputy Clerk) (Entered: 03/15/2004) |
| 03/15/2004 | 81 | ORDER GRANTING EXTENSION OF TIME TO ANSWER THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT granting [80-1] motion to extend time to answer third amended consolidated class action complaint. All defendants in this action shall serve answers to the third amended consolidated class action complaint on or before 3/31/04. (Signed by Judge Kenneth L. Ryskamp on 3/15/04) [EOD Date: 3/16/04] (at, Deputy Clerk) (Entered: 03/16/2004) |
| 03/19/2004 | 82 | Transcript filed re: Hearing held 2/20/04 before Judge Kenneth L. Ryskamp Volume #: 1 Pages: 1-33 (Former Deputy Clerk) (Entered: 03/19/2004) |
| 03/31/2004 | 83 | Answer and affirmative defenses by Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., John F. Hornbostel Jr. (kw, Deputy Clerk) (Entered: 04/01/2004) |
| 04/01/2004 | 84 | ANSWER AND AFFIRMATIVE DEFENSES by Goldberg Wagner to Third Amended Class Action Complaint; jury demand (at, Deputy Clerk) (Entered: 04/02/2004) |
| 04/14/2004 | 86 | ORDER TO SHOW CAUSE parties show cause why this action should not be dismissed. Parties have fifteen (15) days from the date of this Order to respond. (Signed by Judge Kenneth L. Ryskamp on 4/14/04) [EOD Date: 4/15/04] (at, Deputy Clerk) (Entered: 04/15/2004) |
| 04/15/2004 | 85 | Joint Scheduling Report of Scheduling Meeting by Edward Cohen, Saf T Lok, Inc., Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., Goldberg Wagner, John F. Hornbostel Jr. (Former Deputy Clerk) (Entered: 04/15/2004) |
| 04/16/2004 | 87 | RESPONSE to [86-1] Order to Show Cause by Edward Cohen (Attorney Julie Prag Vianale) (Former Deputy Clerk) (Entered: 04/16/2004) |
| 04/16/2004 | 88 | ORDER OF REFERRAL TO MEDIATION: ORDER referring case to mediation. 15 days to appoint mediator ( Signed by Judge Kenneth L. Ryskamp on 4/16/04) [EOD Date: 4/20/04] (Former Deputy Clerk) (Entered: 04/20/2004) |
| 04/16/2004 | 89 | SCHEDULING ORDER: The parties joint scheduling report is hereby approved. However, Trial, calendar call, and the pretrial stipulation due date |

| | | |
|---|---|---|
| | | will bew set by a separate notice (Signed by Judge Kenneth L. Ryskamp on 4/16/04) [EOD Date: 4/20/04] CCAP (Former Deputy Clerk) (Entered: 04/20/2004) |
| 04/16/2004 | 90 | NOTICE of Hearing: set Jury trial for 11/14/05 before Judge Kenneth L. Ryskamp , set calendar call for 1:15 11/9/05 before Judge Kenneth L. Ryskamp , set pretrial stipulation due for 11/2/05 (Former Deputy Clerk) (Entered: 04/20/2004) |
| 04/22/2004 | 91 | RESPONSE to [86-1] Order to Show Cause by Saf T Lok, Inc., Franklin W. Brooks, Jeffrey W. Brooks, William Schmidt, James E. Winner Jr., Goldberg Wagner, John F. Hornbostel Jr. (Attorney Richard Brian Simring, Richard James Mockler III) (Former Deputy Clerk) (Entered: 04/26/2004) |
| 04/28/2004 | 92 | RESPONSE to [86-1] Order to Show Cause by Goldberg Wagner (cj, Deputy Clerk) (Entered: 04/29/2004) |
| 05/03/2004 | 93 | NOTICE of selection of Nicholas Politan as Mediator by Edward Cohen (kw, Deputy Clerk) (Entered: 05/03/2004) |
| 05/03/2004 | 94 | NOTICE by Edward Cohen to take deposition upon oral examination of Tiffany Kennedy 5/25/04 at 10:00, Harvey Goldber on 5/27/04 at 10:00AM (Former Deputy Clerk) (Entered: 05/04/2004) |
| 05/04/2004 | 95 | ORDER SCHEDULING MEDIATION before Mediator: Mark Burckstein for 9/7/05 10:00 ( Signed by Judge Kenneth L. Ryskamp on 5/4/04) [EOD Date: 5/4/04] (Former Deputy Clerk) (Entered: 05/04/2004) |
| 05/05/2004 | 96 | NOTICE of filing proposed amended order scheduling mediation, by Edward Cohen (Attached) (Former Deputy Clerk) (Entered: 05/05/2004) |
| 05/07/2004 | 97 | AMENDED ORDER SCHEDULING MEDIATION before Mediator: for 9/7/05 at 10:00 ( Signed by Judge Kenneth L. Ryskamp on 5/7/04) [EOD Date: 5/7/04] (cj, Deputy Clerk) (Entered: 05/07/2004) |
| 05/07/2004 | 98 | AMENDED NOTICE by Edward Cohen to take deposition of Tiffany Kennedy 6/17/04 at 10:00 and Harvey Goldberg 6/25/04 at 10:00 (kw, Deputy Clerk) (Entered: 05/07/2004) |
| 05/12/2004 | 99 | NOTICE of Mediation Hearing on 6/28/04 (kw, Deputy Clerk) (Entered: 05/12/2004) |
| 05/12/2004 | 99 | MOTION by Edward Cohen to continue discovery schedule (kw, Deputy Clerk) (Entered: 05/12/2004) |
| 05/13/2004 | 100 | ORDER granting [99-1] motion to continue discovery schedule, deadlines submitted in the parties joint scheduling report extended by 45 days ( Signed by Judge Kenneth L. Ryskamp on 5/13/04) [EOD Date: 5/14/04] (cj, Deputy Clerk) (Entered: 05/14/2004) |
| 06/30/2004 | 101 | NOTICE by Edward Cohen to take deposition of Harvey Goldberg 7/16/04 at 10:00 (kw, Deputy Clerk) (Entered: 06/30/2004) |
| 08/10/2004 | 102 | NOTICE of Change of Address of attorney by Goldberg Wagner (cj, Deputy Clerk) (Entered: 08/11/2004) |

CM/ECF - Live Database - flsd                                        Page 11 of 13
Case 6:19-cv-00619-PGB-LHP     Document 25-3     Filed 05/21/19     Page 12 of 14 PageID
372

| | | |
|---|---|---|
| 11/10/2004 | 103 | STATUS REPORT Regarding Settlement by Edward Cohen (mh, Deputy Clerk) (Entered: 11/10/2004) |
| 11/22/2004 | 104 | NOTICE of Change of Address of the law firm of Rabin, Murray & Frank, LLP on behalf of plaintiff Rosalyn Levine (ck, Deputy Clerk) (Entered: 11/29/2004) |
| 02/04/2005 | 105 | STIPULATION of settlement by Saf T Lok, Inc. (kw, Deputy Clerk) (Entered: 02/07/2005) |
| 02/04/2005 | 106 | AGREED MOTION with memorandum in support by Edward Cohen for preliminary approval of the class action settlement (cj, Deputy Clerk) (Entered: 02/10/2005) |
| 02/16/2005 | 107 | ORDER Setting Hearing Set status conference for 10:00 5/3/05 before Judge Kenneth L. Ryskamp ( Signed by Judge Kenneth L. Ryskamp on 02/16/05) [EOD Date: 2/18/05] (rb, Deputy Clerk) Modified on 02/22/2005 (Entered: 02/18/2005) |
| 02/16/2005 | 108 | PRELIMINARY ORDER in connection with settlement proceedings (see order for details)( Signed by Judge Kenneth L. Ryskamp on 2/16/05) [EOD Date: 2/18/05] (cj, Deputy Clerk) (Entered: 02/18/2005) |
| 02/23/2005 | 109 | AGREED MOTION by Edward Cohen for modification of notice of Telephonic status conference (cj, Deputy Clerk) (Entered: 02/24/2005) |
| 03/01/2005 | 110 | ORDER GRANTING AGREED MOTION FOR MODIFICATION OF NOTICE OF TELEPHONIC STATUS CONFERENCE: ORDER granting [109-1] motion for modification of notice of Telephonic status conference set status conference for 9:00 5/6/05 before Judge Kenneth L. Ryskamp (Signed by Judge Kenneth L. Ryskamp on 3/1/05) [EOD Date: 3/3/05] (Former Deputy Clerk) (Entered: 03/03/2005) |
| 04/08/2005 | 111 | NOTICE of Change of Address of attorney by Edward Cohen (lk, Deputy Clerk) (Entered: 04/08/2005) |
| 04/27/2005 | 112 | MEMORANDUM by Edward Cohen in support of plaintiff's counsel's application for award of attorneys' fees and reimbursement of expenses (Former Deputy Clerk) Modified on 05/12/2005 (Entered: 04/28/2005) |
| 04/27/2005 | 113 | COMPENDIUM OF AFFIDAVITS AND DECLARATIONS submitted in support of application for approval of attorneys' fees and reimbursement of expenses, by Edward Cohen Re: (Former Deputy Clerk) (Entered: 04/28/2005) |
| 04/27/2005 | 114 | MEMORANDUM by Edward Cohen in support of [106-1] motion for preliminary approval of the class action settlement and plan of allocation (Former Deputy Clerk) (Entered: 04/28/2005) |
| 04/27/2005 | 115 | Declaration of Kenneth J. Vianale in support re: [106-1] motion for preliminary approval of the class action settlement, plan of allocation, and award of attorneys' fees and reimbursement of expenses (Former Deputy Clerk) (Entered: 04/28/2005) |
| 05/06/2005 | 116 | Minutes of Settlement Approval held before Judge Kenneth L. Ryskamp on 5/6/05; Further briefing for attorney fees and costs. Settlement approval $1.2 |

CM/ECF - Live Database - flsd                                                                Page 12 of 13
Case 6:19-cv-00619-PGB-LHP    Document 25-3    Filed 05/21/19    Page 13 of 14 PageID
373

|  |  | million. 20 days for attorney to provide briefs. Court Reporter Name: Phil May-Official (Former Deputy Clerk) (Entered: 05/09/2005) |
|---|---|---|
| 05/11/2005 | 117 | OMNIBUS ORDER granting [114-1] support memorandum which is construed as a motion.Plaintiff's counsel is ordered to submit supplemental briefing and supporting documentation, as set forth in this order, within 20 days from the date of this order, so that the Court can make determination on plaintiff's memorandum of law in support of plaintiff's counsel's application for an award of attorney's fees and reimbursement of expenses [DE112] (Signed by Judge Kenneth L. Ryskamp on 5/11/05) [EOD Date: 5/12/05] (Former Deputy Clerk) (Entered: 05/12/2005) |
| 05/13/2005 | 118 | ORDER DENYING AGREED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AS MOOT: ORDER denying as moot [106-1] motion for preliminary approval of the class action settlement ( Signed by Judge Kenneth L. on 5/13/05) [EOD Date: 5/16/05] (Former Deputy Clerk) (Entered: 05/16/2005) |
| 05/31/2005 | 119 | NOTICE of compendium of affidavits and declarations in further support of applciation for approval of attorneys' fees and reimbursement of expenses, by Edward Cohen (Former Deputy Clerk) (Entered: 06/02/2005) |
| 05/31/2005 | 120 | MEMORANDUM of law in further support of his applcation for an award of attorneys'f ees and reimbursement of expenses, by Edward Cohen (Former Deputy Clerk) (Entered: 06/02/2005) |
| 06/28/2005 | 121 | ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ATTORNEY'S FEES AND EXPENSES: ORDER granting in part, denying in part [112-1] support memorandum for attorney's fees and expenses construed as a motion. Plaintiff's counsel shall be entitled to an award of (20%) which is $240,000, in attorney's fees and $114,494.29 in expenses from the the Gross Settlement Fund. The Clerk of Court shall close this cse and deny all pending motions as moot (Signed by Judge Kenneth L. Ryskamp on 6/27/05) [EOD Date: 6/29/05] (Former Deputy Clerk) Modified on 06/29/2005 (Entered: 06/29/2005) |
| 06/29/2005 |  | CASE CLOSED. Case and Motions no longer referred to Magistrate. (Former Deputy Clerk) (Entered: 06/29/2005) |
| 11/28/2006 | 122 | MOTION for Disbursement of Funds *in Connection with Class Action Settlement* by Edward Cohen. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Vianale, Julie) (Entered: 11/28/2006) |
| 11/28/2006 | 123 | MEMORANDUM in Support re 122 MOTION for Disbursement of Funds *in Connection with Class Action Settlement* filed by Edward Cohen. (Attachments: # 1 Unpublished Opinion)(Vianale, Julie) (Entered: 11/28/2006) |
| 11/30/2006 | 124 | ORDER authorizing 122 motion for disbursement of net settlement fund and approving payment of settlement administration costs and administration-related attorney's fees . Signed by Judge Kenneth L. Ryskamp on 11/30/2006. (bs) (Entered: 11/30/2006) |
| 03/05/2008 | 125 |  |

CM/ECF - Live Database - flsd                    Page 13 of 13
Case 6:19-cv-00619-PGB-LHP    Document 25-3    Filed 05/21/19    Page 14 of 14 PageID
374

| | | |
|---|---|---|
| | | Unopposed MOTION for Disbursement of Funds *from Class Action Settlement* by Edward Cohen. (Attachments: # 1 Exhibit A - Cozzi Declaration# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Proposed Order)(Vianale, Julie) (Entered: 03/05/2008) |
| 03/10/2008 | 126 | ORDER granting 125 Motion for Final Distribution of Settlement Fund and Approving Cy Pres Distribution of Remaining Settlement Funds;Signed by Judge Kenneth L. Ryskamp on 03/07/2008. (bs) (Entered: 03/10/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/21/2019 10:10:43 | | | |
| **PACER Login:** | akermanmia:2689428:4681483 | **Client Code:** | 99999-999999 |
| **Description:** | Docket Report | **Search Criteria:** | 9:02-cv-80252-KLR |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |