**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

MAZ PARTNERS LP,

       **Plaintiff,**

v.                                                    **Case No:  6:19-cv-619-Orl-40LRH**

FIRST CHOICE HEALTHCARE SOLUTIONS,
INC. and CHRISTIAN ROMANDETTI, SR.,

       **Defendants.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie R. Hoffman | COURTROOM: | 5D |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Chet B. Waldman<br>Ronald Cohn |
| AUDIO RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Brian P. Miller<br>Fritz Scheller |
| DATE/TIME:<br><br>TOTAL TIME: | May 29, 2019<br>10:05-10:24<br>19 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING [Doc. No. 19 and 20]**

Case called; appearances taken; procedural setting by the court.
Issues were addressed.
Order to be issued.