# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MAZ PARTNERS LP,

    Plaintiff,

v.                                          Case No: 6:19-cv-619-Orl-40LRH

FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. and CHRISTIAN
ROMANDETTI, SR.,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff Maz Partners LP's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel (Doc. 29) filed on May 28, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 12, 2019 (Doc. 34), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. MAZ Partners LP's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel (Doc. 29) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff MAZ Partners LP is **APPOINTED** as lead plaintiff in this case pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i).

4. The law firm of Wolf Popper, LP is **APPOINTED** as lead counsel representing the purported class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

5. Plaintiff's request to appoint the law firm of Rice Pugatch Robinson Storfer & Cohen PLLC as "liaison counsel" in this case is **DENIED**.

6. The motion is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on June 27, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties