UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAZ PARTNERS LP, Individually and On
Behalf of All Others Similarly Situated,

      Plaintiff,

v.                                Case No. 6:19-cv-00619-PGB-LRH

FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. and CHRISTIAN
ROMANDETTI, SR.,

      Defendants.

_____/

**JOINT MOTION TO STAY ACTION PENDING MEDIATION**

Plaintiff MAZ Partners LP ("Plaintiff") and Defendants First Choice Healthcare Solutions, Inc. ("First Choice"), and Christian Romandetti, Sr. ("Romandetti"), by and through undersigned counsel, hereby file this Joint Motion to Stay Action Pending Mediation ("Motion"), and in support therefore states as follows:

1.      Plaintiff's Complaint for Violation of Federal Securities Laws ("Complaint") [D.E. 1] asserts causes of action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and U.S. Securities and Exchange Commission Rule 10b-5 against First Choice and Romandetti.

2.      On April 30, 2019, First Choice filed its Motion to Dismiss and Incorporated Memorandum of Law [D.E. 13].  Romandetti filed his Motion to Dismiss on May 22, 2019 [D.E. 28].

52202887;4

3.      On May 10, 2019, Plaintiff filed an unopposed motion seeking, in relevant part, a stay of the deadlines for the Case Management Conference and for Plaintiff to move for class certification ("Motion to Stay") [D.E. 19].

4.      After a hearing, the Court granted the Motion to Stay in part and found that it was "appropriate to temporarily stay discovery, as well as the deadlines related to the Case Management Conference," in light of the pending motions to dismiss the Complaint. *See* May 29, 2019 Order [D.E. 33]. The Court further noted that "[a]fter resolution of the motions to dismiss, the Court will issue an Order establishing the deadlines for the parties to conduct the Case Management Conference and prepare a Case Management Report." *Id*.

5.      On October 16, 2019, Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation [D.E. 37] recommending that the Court deny the pending motions to dismiss. The Court adopted the Report and Recommendation in an Order dated February 14, 2020 [D.E. 45].

6.      On February 28, 2020, First Choice filed its Answer and Affirmative Defenses [D.E. 48]. On March 3, 2020, Romandetti filed his Answer and Affirmative Defenses [D.E. 49].

7.      Following those filings, on March 3, 2020, the Court issued an Order directing the Parties to file a Case Management Report by March 17, 2020 [D.E. 50].

8.      However, the Parties are scheduled to participate in mediation on April 7, 2020 before Simone K. Lelchuk in New York.

9.      The Parties believe that a stay of this case pending the outcome of that mediation will not only preserve judicial resources but will also avoid the Parties'

52202887;4

expenditure of costs and resources in favor of possible resolution. A stay pending the outcome of the mediation will not prejudice any party.

10.    The Parties propose that they will submit a Joint Status Report regarding the outcome of the mediation by April 21, 2020, fourteen (14) days from the scheduled mediation, and if appropriate, pursuant to Local Rule 3.08, shall "immediately notify the Court upon the settlement of [the] case."

11.    In the event that the mediation is not successful, the Parties propose filing a Case Management Report within fourteen (14) days of the filing of the Joint Status Report.

## MEMORANDUM OF LAW

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Ricks v. Allied Interstate, LLC*, No. 3:16-cv-00205-HES-PDB, 2016 WL 4505173, at *1 (M.D. Fla. July 11, 2016); *Cypress Chase Condo. Ass'n "A" v. QBE Ins. Corp.*, No. 10-61987-CIV, 2011 WL 1544860, at *5 (S.D. Fla. Apr. 15, 2011) ("Federal courts routinely exercise their power to stay a proceeding where a stay would promote judicial economy and efficiency."). Upon joint requests from the parties, courts in this Circuit routinely grant stays pending the outcome of mediation. *See, e.g., Gibb v. Family Reservation Services of Fla., Inc.*, No. 8:13-cv-1086-T35-AEP, 2013 WL 12156319 (M.D. Fla. July 1, 2013); *PNC Bank, Nat'l Ass'n, et al. v. Pharis*, No. 2:18-cv-626-FtM-99CM, 2018 WL 5807351 (M.D. Fla. Nov. 6, 2018); *Rodriguez v. Universal Property & Casualty Ins. Co.*, No. 16-60442-CIV-COHN/SELTZER, 2016 WL 9274717 (S.D. Fla. Oct. 27, 2016).

52202887;4

Good cause exists to order a stay of this case pending the outcome of mediation. The mediation was scheduled for April 7, 2020, the first available date that could accommodate the schedules of all participants. Pending the outcome of the mediation, the Parties seek to preserve judicial resources and avoid the expenditure of costs and resources associated with the litigation.

WHEREFORE, Plaintiff MAZ Partners LP and Defendants First Choice Healthcare Solutions, Inc. and Christian Romandetti, Sr. jointly and respectfully request that the Court grant the Parties' Motion:

(a)　　this case shall be stayed pending mediation until the filing of the Joint Status Report by April 21, 2020; and

(b)　　in the event the parties do not settle the case at mediation, the Parties will conduct the Case Management Conference and prepare a Case Management Report within fourteen (14) days of the filing of the Joint Status Report.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for First Choice certify that they conferred with counsel for Romandetti and counsel for Plaintiff via electronic mail on March 3, 2020, and all Parties agree to the relief sought herein.

4

52202887;4

Respectfully submitted,

/s/ Chet B. Waldman
Chet B. Waldman, Esq.
*Admitted Pro Hac Vice*
cwaldman@wolfpopper.com
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Tel: 212.759.4600
Fax: 212.486.2093

/s/ Fritz J. Scheller
Fritz J. Scheller, Esq.
Florida Bar No. 183113
fscheller@flusalaw.com
**FRITZ SCHELLER, PL**
200 E. Robinson Street
Orlando, FL 32801
Tel: 407.792.1285
Fax: 407.513.4146

**Attorneys for Defendant Christian Romandetti, Sr.**

/s/ Ronald J. Cohen
Ronald Jay Cohen, Esq.
Florida Bar No. 235504
rcohen@rprslaw.com
**RICE PUGATCH ROBNISON STORFER & COHEN PLLC**
101 NE Third Avenue
Ft. Lauderdale, FL 33301
Tel: 954.462.8000
Fax: 954.462.4300

**Attorneys for Plaintiff**

/s/ Brian P. Miller
Brian P. Miller, Esq.
Florida Bar No. 0980633
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Florida Bar No. 73094
Ross.Linzer@akerman.com
Jonathan D. Lamet, Esq.
Florida Bar No. 106059
Jonathan.Lamet@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33130
Phone: 305.374.5600
Fax: 305.374.5095

**Attorneys for Defendant First Choice Healthcare Solutions, Inc.**

5

52202887;4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2020, I filed the foregoing with the Court via CM/ECF, which will serve a true and correct copy of the foregoing via email service on counsel of record:

Joshua W. Ruthizer
Chet B. Waldman
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: 212.759.4600
Fax: 212.486.2093
jruthizer@wolfpopper.com
cwaldman@wolfpopper.com

Ronald Jay Cohen
RICE PUGATCH ROBNISON STORFER &
COHEN PLLC
101 NE Third Avenue
Ft. Lauderdale, FL 33301
Tel: 954.462.8000
Fax: 954.462.4300
rcohen@rprslaw.com

*Attorneys for Plaintiff*

Fritz J. Scheller
FRITZ SCHELLER, PL
200 E. Robinson Street
Orlando, FL 32801
Tel: 407.792.1285
Fax: 407.513.4146
fscheller@flusalaw.com

*Attorneys for Defendant Christian
Romandetti, Sr.*

/s/ Brian P. Miller
Attorney

6

52202887;4