**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MAZ PARTNERS LP, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FIRST CHOICE HEALTHCARE SOLUTIONS, INC. and CHRISTIAN ROMANDETTI, SR.,<br><br>　　　　　　　　　Defendants. | **Case No. 6:19-cv-00619-PGB-LRH**<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　Pursuant to Local Rule 3.08, Lead Plaintiff MAZ Partners LP ("MAZ" or "Plaintiff") and Defendants First Choice Healthcare Solutions, Inc. ("First Choice") and Christian Romandetti, Sr. ("Romandetti, collectively with First Choice, "Defendants"), through their undersigned counsel, hereby notify the Court that they have reached an agreement-in-principle to resolve this matter. The parties have executed a Memorandum of Understanding that sets forth the material terms of a binding and enforceable agreement to fully, finally, and forever resolve this matter, subject to preliminary and final court approval, including certification of a proposed class solely for purposes of settlement.

　　　　The parties expect to have executed a formal stipulation of settlement within 30 days. Once finalized, the stipulation of settlement and related settlement materials, including the proposed notice to the settlement class, will be submitted for court approval.

The parties therefore respectfully request that the Court stay all pretrial proceedings and provide the parties with 45 days to file a comprehensive written stipulation of settlement, together with a motion for preliminary approval thereof.

Dated:   May 28, 2020

| | |
|---|---|
| */s/ Joshua W. Ruthizer*<br>Joshua W. Ruthizer, Esq.<br>Florida Bar No. 92528<br>jruthizer@wolfpopper.com<br>Chet B. Waldman, Esq.<br>Admitted *Pro Hac Vice*<br>cwaldman@wolfpopper.com<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: 212.759.4600<br>Fax: 212.486.2093<br><br>Ronald Jay Cohen, Esq.<br>Florida Bar No. 235504<br>rcohen@rprslaw.com<br>RICE PUGATCH ROBINSON STORFER & COHEN PLLC<br>101 NE Third Avenue<br>Ft. Lauderdale, FL 33301<br>Tel: 954.462.8000<br>Fax: 954.462.4300<br><br>***Attorneys for Plaintiff MAZ Partners LP*** | */s/ Fritz J. Scheller*<br>Fritz J. Scheller, Esq.<br>Florida Bar No. 183113<br>fscheller@flusalaw.com<br>FRITZ SCHELLER, PL<br>200 E. Robinson Street<br>Orlando, FL 32801<br>Tel: 407.792.1285<br>Fax: 407.513.4146<br><br>***Attorneys for Defendant Christian Romandetti, Sr.***<br><br>*/s/ Ross E. Linzer*<br>Brian P. Miller, Esq.<br>Florida Bar No. 0980633<br>Brian.Miller@akerman.com<br>Samantha J. Kavanaugh, Esq.<br>Florida Bar No. 0194662<br>Samantha.Kavanaugh@akerman.com<br>Ross E. Linzer, Esq.<br>Florida Bar No. 73094<br>Ross.Linzer@akerman.com<br>Jonathan D. Lamet, Esq.<br>Florida Bar No. 106059<br>Jonathan.Lamet@akerman.com<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 SE 7th Street, Suite 1100<br>Miami, FL 33130<br>Tel: 305.374.5600<br>Fax: 305.374.5095<br><br>***Attorneys for Defendant First Choice Healthcare Solutions, Inc.*** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2020, I filed the foregoing with the Court via CM/ECF, which will serve a true and correct copy of the foregoing via email service on counsel of record in this matter:

| | |
|---|---|
| Fritz J. Scheller, Esq.<br>fscheller@flusalaw.com<br>FRITZ SCHELLER, PL<br>200 E. Robinson Street<br>Orlando, FL 32801<br>Tel: 407.792.1285<br>Fax: 407.513.4146<br><br>***Attorneys for Defendant Christian Romandetti, Sr.*** | Brian P. Miller, Esq.<br>Brian.Miller@akerman.com<br>Samantha J. Kavanaugh, Esq.<br>Samantha.Kavanaugh@akerman.com<br>Ross E. Linzer, Esq.<br>Ross.Linzer@akerman.com<br>Jonathan D. Lamet, Esq.<br>Jonathan.Lamet@akerman.com<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 SE 7th Street, Suite 1100<br>Miami, FL 33130<br>Tel: 305.374.5600<br>Fax: 305.374.5095<br><br>***Attorneys for Defendant First Choice Healthcare Solutions, Inc.*** |

/s/ *Joshua W. Ruthizer*
Joshua W. Ruthizer