# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAZ PARTNERS LP, Individually and On
Behalf od All Others Similarly Situated,

        Plaintiff,

v.

FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. and CHRISTIAN
ROMANDETTI, SR.

        Defendants.

Case No. 6:19-cv-00619-PGB-LRH

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on June 15, 2020, *First Choice Healthcare Solutions, Inc.* (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division initiating the case styled as *In re First Choice Healthcare Solutions, Inc.,* Case No. 6:20-bk-3355(the "Bankruptcy Case").

Pursuant to the provisions of Section 362(a)(3) of the Bankruptcy Code, the filing of the above-referenced bankruptcy case, *inter alia*, operates to stay all entities from any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. The automatic stay of Section 362 of the Bankruptcy Code applies to the instant litigation.

52496016;1

Dated:  June 15, 2020

/s/ *Esther McKean*
Esther A. McKean, Esquire
Florida Bar No. 28124
**AKERMAN LLP**
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email:  esther.mckean@akerman.com

*Attorneys for Defendant First Choice*
*Healthcare Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, I filed the foregoing with the Court via CM/ECF, which will serve a true and correct copy of the foregoing via email service on counsel of record:

Joshua W. Ruthizer
Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
Tel: 212-759-4600
Fax: 212-486-2093
jruthizer@wolfpopper.com
cwaldman@wolfpopper.com

Fritz Scheller
Fritz Scheller, P.L.
200 E. Robinson, Suite 1150
Orlando, Florida  32801
Tel: 407-792-1285
Fax: 407-513-4146
fscheller@flusalaw.com

/s/ *Esther McKean*
Esther A. McKean, Esquire

52496016;1

2