UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAZ PARTNERS LP, Individually and On Behalf
of All Others Similarly Situated,

Plaintiff,

v.

FIRST CHOICE HEALTHCARE SOLUTIONS,
INC. and CHRISTIAN ROMANDETTI, SR.,

Defendants.

**Case No. 6:19-cv-00619-PGB-LRH**

## JOINT NOTICE OF BANKRUPTCY COURT ORDER (A) APPROVING DEFENDANTS' ENTRY INTO THE SETTLEMENT AGREEMENT AND (B) LIFTING AUTOMATIC STAY TO ALLOW THE PARTIES TO SEEK APPROVAL OF AND PERFORM THE SETTLEMENT AGREEMENT

**PLEASE TAKE NOTICE** that on November 25, 2020, Hon. Karen S. Jennemann of

the United States Bankruptcy Court for the Middle District of Florida issued an order in *In re:*

*First Choice Healthcare Solutions, Inc. et al.*, No. 6:20-bk-3344-KSJ (Bankr. M.D. Fla.)

("Bankruptcy Proceeding") that, among other things, (1) authorized the Defendant First Choice

Healthcare Solutions, Inc. ("FCHS" or "First Choice") in this Action, who is also a Debtor in

the Bankruptcy Proceeding, to enter into a settlement of this Action ("Settlement Agreement"),

and (2) lifted the automatic stay of this Action imposed by Section 362(a) of the Bankruptcy

Code "solely to allow" the parties to this Action "to seek approval of the Settlement Agreement

and to perform thereunder consistent with its terms and the applicable rules." Bankruptcy

Proceeding, Dkt. No. 271. A copy of the Bankruptcy Court's Order is attached to this Notice

as Exhibit A.

1

The parties expect to submit the Settlement Agreement and related settlement materials, including the proposed notice to the settlement class, to the Court for approval within fourteen (14) days.

Dated: December 7, 2020

*/s/ Joshua W. Ruthizer*
Joshua W. Ruthizer, Esq.
Florida Bar No. 92528
jruthizer@wolfpopper.com
Chet B. Waldman, Esq.
Admitted *Pro Hac Vice*
cwaldman@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: 212.759.4600
Fax: 212.486.2093

Ronald Jay Cohen, Esq.
Florida Bar No. 235504
rcohen@rprslaw.com
RICE PUGATCH ROBNISON STORFER &
COHEN PLLC
101 NE Third Avenue
Ft. Lauderdale, FL 33301
Tel: 954.462.8000
Fax: 954.462.4300

**Attorneys for Plaintiff MAZ Partners LP**

*/s/ Fritz J. Scheller*
Fritz J. Scheller, Esq.
Florida Bar No. 183113
fscheller@flusalaw.com
FRITZ SCHELLER, PL
200 E. Robinson Street
Orlando, FL 32801
Tel: 407.792.1285
Fax: 407.513.4146

**Attorneys for Defendant Christian Romandetti, Sr.**

*/s/ Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Florida Bar No. 73094
Ross.Linzer@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33130
Tel: 305.374.5600
Fax: 305.374.5095

**Attorneys for Defendant First Choice Healthcare Solutions, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2020, I filed the foregoing with the Court via CM/ECF, which will serve a true and correct copy of the foregoing via email service on counsel of record in this matter:

Fritz J. Scheller, Esq.
fscheller@flusalaw.com
FRITZ SCHELLER, PL
200 E. Robinson Street
Orlando, FL 32801
Tel: 407.792.1285
Fax: 407.513.4146

***Attorneys for Defendant Christian Romandetti, Sr.***

Brian P. Miller, Esq.
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Ross.Linzer@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33130
Tel: 305.374.5600
Fax: 305.374.5095

***Attorneys for Defendant First Choice Healthcare Solutions, Inc.***

/s/ Joshua W. Ruthizer
Joshua W. Ruthizer