UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAZ PARTNERS LP, Individually and On
Behalf of All Others Similarly Situated,

      Plaintiff,

v.                                     Case No. 6:19-cv-00619-PGB-LRH

FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. and CHRISTIAN
ROMANDETTI, SR.,

      Defendants.

_____/

**DEFENDANT FIRST CHOICE HEALTHCARE SOLUTIONS, INC.'S
NOTICE OF FILING DOCUMENTS
IN CONNECTION WITH BANKRUPTCY PROCEEDING**

**PLEASE TAKE NOTICE** of the following documents in connection with *In re: First Choice Healthcare Solutions, Inc. et al.*, No. 6:20-bk-3344-KSJ (Bankr. M.D. Fla.) ("Bankruptcy Proceeding"):

**Exhibit 1** – Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, filed in the Bankruptcy Proceeding on January 7, 2021;

**Exhibit 2** – Order Scheduling (I) Hearing on Confirmation of Plan of Reorganization, (II) Deadlines with Respect to Confirmation Hearing, and (III) Deadlines for Filing Administrative Expense Applications, dated January 7, 2021 and filed in the Bankruptcy Proceeding on January 11, 2021;

**Exhibit 3** – Ballot for Accepting or Rejecting Plan of Reorganization; and

56064962;1

**Exhibit 4** – Correspondence dated January 12, 2021 addressed to creditors and parties in interest in the Bankruptcy Proceeding.

Dated: January 13, 2021

Respectfully submitted,

*/s/ Ross E. Linzer*

Brian P. Miller, Esq.
**TRIAL COUNSEL**
Florida Bar No. 0980633
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Florida Bar No. 73094
Ross.Linzer@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, Florida 33130
Phone: 305.374.5600
Fax: 305.374.5095

***Attorneys for Defendant First Choice
Healthcare Solutions, Inc.***

2

56064962;1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Joshua W. Ruthizer
Chet B. Waldman
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: 212.759.4600
Fax: 212.486.2093
jruthizer@wolfpopper.com
cwaldman@wolfpopper.com

*Attorneys for Plaintiff*

Ronald Jay Cohen
RICE PUGATCH ROBNISON STORFER &
COHEN PLLC
101 NE Third Avenue
Ft. Lauderdale, FL 33301
Tel: 954.462.8000
Fax: 954.462.4300
rcohen@rprslaw.com

*Attorneys for Plaintiff*

Fritz J. Scheller
FRITZ SCHELLER, PL
200 E. Robinson Street
Orlando, FL 32801
Tel: 407.792.1285
Fax: 407.513.4146
fscheller@flusalaw.com

*Attorneys for Defendant Christian Romandetti, Sr.*

/s/ Ross E. Linzer
Attorney

56064962;1