UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAZ PARTNERS LP, Individually and
On Behalf of All Others Similarly
Situated,

      Plaintiff,

v.                                 Case No. 6:19-cv-00619-PGB-LRH

FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. and CHRISTIAN
ROMANDETTI, SR.,

      Defendants.

_____/

**DEFENDANT FIRST CHOICE HEALTHCARE SOLUTIONS, INC.'S
NOTICE OF FILING ORDER
IN CONNECTION WITH BANKRUPTCY PROCEEDING**

**PLEASE TAKE NOTICE** of the Order Confirming Debtors' Amended

Joint Plan of Reorganization, dated February 22, 2021, filed in *In re: First Choice*

*Healthcare Solutions, Inc. et al.*, No. 6:20-bk-03355-KSJ (Bankr. M.D. Fla.)

("Bankruptcy Proceeding") on February 23, 2021, attached hereto as **Exhibit 1**.


Dated: February 24, 2021

56651340;1

Respectfully submitted,

*/s/ Ross E. Linzer*
Brian P. Miller, Esq.
**TRIAL COUNSEL**
Florida Bar No. 0980633
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Florida Bar No. 73094
Ross.Linzer@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33130
Phone: 305.374.5600
Fax: 305.374.5095

***Attorneys for Defendant First Choice Healthcare Solutions, Inc.***

2

56651340;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Joshua W. Ruthizer
Chet B. Waldman
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: 212.759.4600
Fax: 212.486.2093
jruthizer@wolfpopper.com
cwaldman@wolfpopper.com

Fritz J. Scheller
FRITZ SCHELLER, PL
200 E. Robinson Street
Orlando, FL 32801
Tel: 407.792.1285
Fax: 407.513.4146
fscheller@flusalaw.com

*Attorneys for Defendant*
*Christian Romandetti, Sr.*

Ronald Jay Cohen
RICE PUGATCH ROBNISON
STORFER & COHEN PLLC
101 NE Third Avenue
Ft. Lauderdale, FL 33301
Tel: 954.462.8000
Fax: 954.462.4300
rcohen@rprslaw.com

*Attorneys for Plaintiff*

/s/ Ross E. Linzer
Attorney

56651340;1