**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MAZ PARTNERS LP, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST CHOICE HEALTHCARE SOLUTIONS, INC. and CHRISTIAN ROMANDETTI, SR.,<br><br>  Defendants. | Case No. 6:19-cv-00619-PGB-LRH |

**SUPPLEMENTAL DECLARATION OF ERIC J. MILLER REGARDING (A) MAILING OF POSTCARD NOTICE OF PROPOSED CLASS ACTION SETTLEMENT; (B) PUBLICATION OF SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSIONS RECEIVED**

I, Eric J. Miller, declare as follows:

1.    I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's March 1, 2021, Order Preliminarily Approving Class Action Settlement, Preliminarily Certifying Settlement Class, and Directing Notice to Settlement Class (ECF 67) (the "Preliminary Approval Order"), A.B. Data was retained as the Claims Administrator[1] to supervise and administer the notice procedure in connection

---

[1] Unless otherwise defined herein, all capitalized terms used herein shall have the meanings set forth in the Preliminary Approval Order or the Stipulation and Agreement of Settlement, filed with the Court as Exhibit 1 to Lead Plaintiff MAZ Partners LP's Unopposed Motion for (1)

with the above-captioned action (the "Action"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this Declaration as a supplement to my earlier declaration filed on June 28, 2021, the Declaration of Eric J. Miller Regarding (A) Mailing of Postcard Notice of Proposed Class Action Settlement; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusions Received (the "Initial Declaration"), and pursuant to the Court's Preliminary Approval Order (ECF 67 ¶ 7.)

## MAILING OF THE NOTICE

3.      Since the execution of the Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Postcard Notice to potential Settlement Class Members and nominees.

4.      As more fully described in the Initial Declaration, as of June 25, 2021, A.B. Data had mailed a total of 7,679 Postcard Notices to potential Settlement Class Members and their nominees.

5.      Since the Initial Declaration was executed, A.B. Data has caused an additional 195 Postcard Notices to be mailed in response to correspondence received from potential Settlement Class Members and/or nominees.

---

Preliminary Approval of Class Action Settlement; (2) Preliminary Certification of the Settlement Class; and (3) Approval of Notice to the Settlement Class (ECF 64, the "Preliminary Approval Motion") on December 28, 2020 (ECF 64-1, the "Settlement Agreement").

6.     Therefore, as of the date of this declaration, A.B. Data has mailed a total of 7,874 Postcard Notices to potential Settlement Class members and/or nominees.

## TELEPHONE HELP LINE AND WEBSITE

7.     On March 30, 2021, A.B. Data established, and since then has continued to maintain, a case-specific, toll-free telephone help line, 1-877-933-2895 to provide information to potential Settlement Class Members with questions about the Settlement.

8.     A.B. Data has also continued to maintain a website designated for this Action, www.firstchoicesecuritieslitigation.com (the "Settlement Website").

9.     On June 29, 2021, A.B. Data posted copies of (1) Lead Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and Incorporated Memorandum of Law, and (2) Lead Plaintiff MAZ Partners LP's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Final Certification of Settlement Class, and Incorporated Memorandum of Law, to the settlement website.

10.     A.B. Data will continue to maintain and update the website and toll-free telephone help line as necessary through the administration of the Settlement.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

11.     The Postcard Notice informs potential Settlement Class Members that requests for exclusion from the Class are to be mailed to the Claims

Administrator received or postmarked no later than June 28, 2021, and directed any potential Class Member requesting exclusion from the Settlement to the Settlement Website to view the Full Notice for information about how to submit a request for exclusion. As of the execution of the Initial Declaration, A.B. Data had not received any requests for exclusion.

12.    As of the date of this declaration, A.B. Data has still not received any requests for exclusion.

## REPORT ON OBJECTIONS RECEIVED

13.    The Postcard Notice informs potential Settlement Class Members that any written objections to the Settlement Agreement are to be received or postmarked no later than July 12, 2021, and directed any potential Class Member objecting to the Settlement Agreement to the Settlement Website to view the Full Notice for information about how to submit an objection, including the necessary information and where to mail the objection. As of the execution of the Initial Declaration, A.B. Data had not received any objections to the Settlement.

14.    As of the date of this declaration, A.B. Data has still not received any objections to the Settlement.

## REPORT ON PROOF OF CLAIM AND RELEASE FORMS RECEIVED

15.    The Postcard Notice informs potential Settlement Class Members that Proof of Claim and Release forms are to be received or postmarked by June 25, 2021. As of June 25, 2021, A.B. Data had received 93 Proof of Claim and

4

Release form submissions. As of the date of this declaration A.B. Data has received a total of 135 Proof of Claim and Release form submissions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July 2021.

Eric J. Miller