## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MAZ PARTNERS LP, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST CHOICE HEALTHCARE SOLUTIONS, INC. and CHRISTIAN ROMANDETTI, SR., <br><br> Defendants. | **Case No. 6:19-cv-00619-PGB-LRH** |

**LEAD PLAINTIFF MAZ PARTNERS LP'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTIONS FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS, AND (2) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

MAZ Partners LP ("Lead Plaintiff" or "MAZ") respectfully submits this reply memorandum of law pursuant to the Court's Preliminary Approval Order[1] in further support of its motions for:

(1) Final approval of the Stipulation and Agreement of Settlement (ECF No. 64-1, "Stipulation") resolving this Action[2] for a cash payment of $1 million for the benefit of the Settlement Class;  approval of the proposed Plan of Allocation of the

---

[1] Order Preliminarily Approving Class Action Settlement, Preliminarily Certifying Settlement Class, and Directing Notice to Settlement Class (ECF No. 67, "Preliminary Approval Order") ¶ 19 ("reply papers, if any, shall be filed and served no later than 7 calendar days prior to the Final Approval Hearing.").

[2] Unless otherwise indicated, all capitalized terms have the same meanings as in the Stipulation.

proceeds of the Settlement; and final certification of the Settlement Class (ECF No. 69, "Final Approval Motion"); and

(2)  An award of attorneys' fees to Plaintiff's Counsel constituting 25% of the Gross Settlement Fund; (b) reimbursement of litigation expenses in the amount of $29,891.11 that Plaintiff's Counsel reasonably and necessarily incurred in prosecuting and resolving this Action; and (c) an award of a Plaintiff PSLRA Award in the amount of $5,000 to Lead Plaintiff to reimburse it for costs and expenses (including lost wages) incurred in representation of the Settlement Class (ECF No. 70, "Motion for Attorneys' Fees").

## ARGUMENT

Pursuant to the Court's Preliminary Approval Order, all written statements of objection to the Stipulation, Settlement, Plan of Allocation, Motion for Attorneys' Fees, or Plaintiff PSLRA Award (collectively, a "Written Objection") must comply with the requirements of the Preliminary Approval Order and Stipulation and "must be postmarked or received [by the Clerk of the Court] no later than July 12, 2021."  ECF No. 67 ¶ 14.  Also, any Settlement Class Member who wishes to be excluded from the Settlement Class must mail a written request for exclusion ("Exclusion Request") that complies with the requirements of the Preliminary Approval Order and Stipulation, and the Exclusion Request "must be postmarked or received [by the Claims Administrator] no later than June 28, 2021."  *Id.* ¶ 11.

2

As of July 9, 2021, no Written Objection has been filed on the docket for this Action.  Also, as of July 9, 2021, no Written Objection or Exclusion Request have been received by the Claims Administrator, Lead Plaintiff, or Plaintiff's Counsel. ECF No. 73 ¶¶ 11-14.[3]  As of the filing of this reply, Lead Plaintiff and Lead Counsel are aware of no Written Objection that has been filed on the docket and no Written Objection or Exclusion Request that has been received by the Claims Administrator, Lead Plaintiff, or Plaintiff's Counsel.

If any Written Objections are filed on the docket for this Action or received by the Claims Administrator, Lead Plaintiff, of Plaintiff's Counsel before the July 23, 2021 Settlement Hearing, then Lead Counsel will respond to or address those Written Objections at or before the Settlement Hearing.  In addition, if any Exclusion Requests are received by the Claims Administrator, Lead Plaintiff, or Plaintiff's Counsel before the Settlement Hearing, Lead Counsel will present those requests for exclusion to the Court at the Settlement Hearing.

## CONCLUSION

For the reasons stated above and in the Final Approval Motion and the Motion for Attorney's Fees, Lead Plaintiff respectfully requests that the Court grant the Final Approval Motion and the Motion for Attorneys' Fees and enter the proposed orders submitted therewith (ECF Nos. 69-1, 69-2, and 70-1).

---

[3] Supplemental Declaration of Eric J. Miller Regarding (A) Mailing of Postcard Notice of Proposed Class Action Settlement; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusions Received.

Dated: July 16, 2021

Ronald J. Cohen
Fla. Bar No. 235504
LORIUM PLLC
101 NE 3rd Ave., Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954-462-8000
Fax: 954-462-4300
rcohen@loriumlaw.com

*Local Counsel for MAZ Partners LP and the Settlement Class*

Respectfully submitted,

By: */s/ Joshua W. Ruthizer*
Joshua W. Ruthizer
Fla. Bar No. 92528
Chet B. Waldman
Granted Special Admission to Practice
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel:  212-759-4600
Fax: 212-486-2093
jruthizer@wolfpopper.com
cwaldman@wolfpopper.com

*Attorneys for Lead Plaintiff MAZ Partners LP and Lead Counsel for the Settlement Class*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2021, I filed the foregoing with the Court via CM/ECF, which will serve a true and correct copy of the foregoing via email service on counsel of record in this matter:

Fritz J. Scheller, Esq.
fscheller@flusalaw.com
FRITZ SCHELLER, PL
200 E. Robinson Street
Orlando, FL 32801
Tel: 407.792.1285
Fax: 407.513.4146

*Attorneys for Defendant Christian Romandetti, Sr.*

Brian P. Miller, Esq.
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Ross.Linzer@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33130
Tel: 305.374.5600
Fax: 305.374.5095

*Attorneys for Defendant First Choice Healthcare Solutions, Inc.*


*/s/ Joshua W. Ruthizer*
Joshua W. Ruthizer