**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

<div style="border:1px solid black">

CLERK'S MINUTES
**Final Approval Hearing**

</div>

**Case Number: 6:19-cv-619-PGB-LRH**

| | |
|---|---|
| **MAZ PARTNERS LP,** | **Plaintiff's Counsel:** Chet Waldman |
| | Ronald Cohen |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| **FIRST CHOICE HEALTHCARE** | **Defense Counsel:** Ross Linzer |
| **SOLUTIONS, INC. and CHRISTIAN** | Fritz Scheller |
| **ROMANDETTI, SR.,** | |
| | |
| **Defendants.** | |

| Judge: | Paul G. Byron | Court Reporter: | Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | July 23, 2021 | Time: | 10:00 AM – 10:06 AM TOTAL: 6 minutes |

Case called. Appearances taken.

The Court addresses the Motion for Final Approval of Class Action Settlement (Doc. 69) and Motion for Attorney's Fees (Doc. 70).

The Court will approve the Class Action Settlement and will grant the Motion for Attorney's Fees. Written Orders to follow.

The parties shall submit proposed orders in Word format.

Court is adjourned.