# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MAZ PARTNERS LP, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

FIRST CHOICE HEALTHCARE SOLUTIONS, INC. and CHRISTIAN ROMANDETTI, SR.,

    Defendants.

**Case No. 6:19-cv-00619-PGB-LRH**

## ORDER APPROVING PLAN OF ALLOCATION OF NET SETTLEMENT FUND

This matter came on for hearing on July 26, 2021 (the "Final Approval Hearing") on Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Final Certification of Settlement Class, and Incorporated Memorandum of Law ("Final Approval Motion") to determine whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement achieved in the above-captioned class action (the "Action") should be approved. The Court having considered all matters submitted to it at the Settlement Hearing and otherwise; and it appearing that notice of the Final Approval Hearing substantially in the form approved by the Court was mailed to all Settlement Class Members who or which could be identified with reasonable effort, and that a Summary Notice of the hearing substantially in the form approved by the Court was mailed via the Postcard Notice and published

over the *PR Newswire* pursuant to the specifications of the Court; and the Court having considered and determined the fairness and reasonableness of the proposed Plan of Allocation,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated December 28, 2020, (ECF No. 64-1, the "Stipulation"), and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

3. Notice of Lead Plaintiff's Final Approval Motion was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the Final Approval Motion satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(a)(7)), due process, and all other applicable laws and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4. Copies of the Postcard Notice were mailed to at least 7,679 potential Settlement Class Members and their nominees, and no objections to the Plan of Allocation have been received.

5. The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation provided and made available to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

6. The Released Parties (as defined in the Stipulation, ECF No. 64-1) shall have no responsibility for, and no obligations or liabilities of any kind whatsoever in connection with, the Plan of Allocation or the determination of or administration and calculations under the Plan of Allocation.

7. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiff.

8. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

**DONE and ORDERED** this 2d day of August 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE