**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

|  |  |
|---|---|
| MAZ PARTNERS LP, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>FIRST CHOICE HEALTHCARE SOLUTIONS, INC. and CHRISTIAN ROMANDETTI, SR.,<br><br>              Defendants. | Case No. 6:19-cv-00619-PGB-LRH |

**DECLARATION OF ERIC J. MILLER
IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR APPROVAL OF
DISTRIBUTION OF NET SETTLEMENT FUND**

I, Eric J. Miller, declare as follows:

1.     I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data").  The following statements are based on my personal knowledge and information provided to me by other A.B. Data employees, and I could and would competently testify to these facts if called upon to do so.

2.     Pursuant to the Court's Order Preliminarily Approving Class Action Settlement, Preliminarily Certifying Settlement Class, and Directing Notice to

1

Settlement Class (ECF No. 67, the "Preliminarily Approval Order"),[1] A.B. Data was retained as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement of the above-captioned action (the "Action").

3.      The Court's Judgment and Order of Dismissal with Prejudice, dated August 2, 2021 (ECF No. 80, the "Final Approval Order"), granted final approval of the Class Action Settlement and adopted its terms.  The Order Approving Plan of Allocation of Net Settlement Fund, dated August 2, 2021 (ECF No. 79), approved the proposed plan for allocating the Net Settlement Fund among eligible Settlement Class Members as set forth in the Notice (the "Plan of Allocation").  A.B. Data has completed processing all Proofs of Claim forms ("Claim Forms") received through May 31, 2021, in accordance with the Stipulation and the Plan of Allocation and now submits its administrative determinations accepting and rejecting the Claim Forms in preparation for a distribution of the Net Settlement Fund to Authorized Claimants.

**DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS**

4.      As more fully described in my Declaration of Eric J. Miller Regarding (a) Mailing of Postcard Notice of Proposed Class Action Settlement; (b) Publication of Summary Notice; and (c) Report on Requests for Exclusions Received, dated June 25, 2021 (ECF No. 71-1, the "Mailing Declaration"), and the Supplemental

---

[1] Unless otherwise defined herein, all capitalized terms used herein shall have the meanings set forth in the Preliminary Approval Order or the Stipulation and Agreement of Settlement (ECF No. 64-1, the "Settlement Agreement"), which was filed with the Court on December 28, 2020.

2

Declaration of Eric J. Miller Regarding (a) Mailing of Postcard Notice of Proposed Class Action Settlement; (b) Publication of Summary Notice; and (c) Report on Requests for Exclusions Received, dated July 9, 2021 (ECF No. 73, the "Supplemental Mailing Declaration"), A.B. Data had mailed an aggregate of 7,874 Postcard Notices to potential Settlement Class Members and nominees through July 9, 2021.

5.    A.B. Data also caused the Summary Notice to be issued over the *PR Newswire.*

6.    The Postcard Notice and the Settlement Notice directed potential Settlement Class Members to the Settlement Website, which contained downloadable copies of the Full Notice and Claim Form, and copies of other relevant Court documents.  The Full Notice was downloaded 296 times and the Claim Form was downloaded 436 times.

## PROCEDURES FOLLOWED IN PROCESSING CLAIM FORMS

7.    Under the terms of the Preliminary Approval Order, and as set forth in the Notice, each Settlement Class Member who wished to be eligible to receive a distribution from the Net Settlement Fund was required to complete and submit to A.B. Data a properly executed Claim Form postmarked or received no later than June 25, 2021, together with adequate supporting documentation for the transactions and holdings reported therein.  Through May 31, 2022, A.B. Data has received 142 Claim Forms.

8.      In preparation for receiving and processing Claim Forms, A.B. Data: (i) conferred with Lead Counsel regarding the project guidelines for processing Claim Forms; (ii) created a unique database to store Claim Form details and images of Claim Forms and supporting documentation; (iii) trained staff in the specifics of the project so that Claim Forms would be properly processed; (iv) formulated a system so that telephone and email inquiries would be properly responded to; (v) developed various computer programs and screens for entry of Settlement Class Members' identifying information and transactional information; and (vi) developed a proprietary "calculation module" that would calculate Recognized Loss pursuant to the Court-approved Plan of Allocation set forth in the Notice.

**Processing Paper Claim Forms**

9.      A total of 142 Claim Forms were received by A.B. Data through May 31, 2022.  Of the 142 Claim Forms, 77 were paper Claim Forms.  Once received, these Claim Forms were opened and prepared for scanning.  This process included unfolding documents, removing staples, copying documents with nonconforming sizes, and sorting documents.  This manual task of preparing the paper Claim Forms is very laborious and time-intensive.  Once prepared, the paper Claim Forms were scanned into a database together with all submitted documentation. Each Claim Form was assigned a unique Claim Form number.  Once scanned, the information from each Claim Form, including the claimant's name, address, account number/information from the supporting documentation, and

4

purchase/acquisition transactions, sale transactions, and holdings listed on the Claim Form, were entered into a database developed by A.B. Data to process Claim Forms. Next, the documentation provided by each claimant in support of his, her, or its Claim Form was reviewed to determine: (i) whether the claimant purchased or otherwise acquired FCHS common stock between April 1, 2014, and November 14, 2018, inclusive (the "Class Period") and did not sell all of those shares before November 14, 2018; (ii) whether the transaction information entered on the Claim Form was supported by the documentation; (iii) that the claimant did not have any additional trades not reflected on his, her, or its Claim Form; (iv) that the name of the claimant matched the information on the trade documentation, or additional documentation was provided to support any name changes; and (v) that the beneficial owner on the trade documentation, or a valid representative, was the person who signed the Claim Form.

10.    In order to process the transactions detailed on the Claim Forms, A.B. Data utilized internal codes to identify and classify any deficiency or ineligibility conditions that existed within those Claim Forms. The appropriate codes were assigned to the Claim Forms as they were processed. For example, where a Claim Form was submitted by a claimant who did not have any eligible transactions in FCHS common stock during the Class Period, that Claim Form would receive a defective code that denoted ineligibility. Similar defective codes were used to denote other ineligible conditions, such as duplicate Claim Forms. These codes indicate to A.B. Data that the claimant was not eligible to receive any payment from

5

the Net Settlement Fund with respect to that Claim Form unless the deficiency was cured in its entirety.  Examples of conditions of ineligibility are as follows:

| MIDOC | Inadequate or No Documentation Submitted for the Entire Claim Form |
|-------|------------------------------------------------------------------|
| DUPCL | Duplicate Claim Form |
| NOPUR | No Eligible Purchase During the Class Period |
| MISIG | No Signature |
| COUB | Claim Out of Balance |
| NOLOS | No Recognized Loss |

11.     Because a Claim Form may be deficient only in part, but otherwise acceptable, A.B. Data utilized codes that are only applied to specific transactions within a Claim Form.  For example, if a claimant submitted a Claim Form with supporting documentation for all but one purchase transaction, that one transaction would receive a transaction-specific defective code.  That code indicated that one transaction was deficient, but that the Claim Form was otherwise eligible for payment if other transactions in the Claim Form calculated to a Recognized Loss according to the Plan of Allocation.  Thus, even if the deficiency was never cured, the Claim Form could still be partially accepted.

**<u>Processing Claim Forms Submitted Electronically Via Spreadsheet</u>**

12.     A total of 142 Claim Forms were received by A.B. Data through May 31, 2022.  Of the 142 Claim Forms, 65 were filed electronically.  Electronic Claims are typically submitted by institutional investors who may have hundreds, thousands, or even millions of transactions during the Class Period.  Rather than provide reams of paper requiring data entry, the institutional investors filing

6

electronic Claims either mail a computer disc or electronically submit a file to A.B. Data so that A.B. Data may electronically upload all transactions to its proprietary database developed for the Settlement.

13.     A.B. Data's Securities Team coordinates and supervises the receipt and handling of all electronic Claims.  In this case, the Securities Team reviewed and analyzed each electronic file to ensure that it was formatted in accordance with A.B. Data's required format, and to identify any potential data issues or inconsistencies within the file.  If any issues or inconsistencies arose, A.B. Data notified the sender.  If the electronic file was deemed to be in an acceptable format, it was then loaded to A.B. Data's database.

14.     Once the file was loaded, the electronic Claims were coded to identify them as electronic Claims and codes were applied to denote any deficiencies or ineligible conditions that existed within them.  These codes are similar to those applied to paper Claim Forms.  In lieu of manually applying codes, the Securities Team performed programmatic reviews on electronic Claims to identify deficient and ineligible conditions including, but not limited to, price per share/net amount validation issues, out of balance conditions, and transactions outside the Class Period.  The output was thoroughly verified and confirmed as accurate.

15.     The review process also included flagging any electronic Claims that were not accompanied by a signed Claim Form, which serves as a "Master Claim Form" for all accounts referenced on the electronic file submitted.  This process was reviewed by A.B. Data's Securities Team and, where appropriate, A.B. Data

contacted the institutional filers whose electronic files were missing information. This process ensured that all claims were submitted by properly authorized representatives of the claimants.

16. Finally, at the end of the process, A.B. Data performed various targeted reviews of electronic Claims. Specifically, A.B. Data used the calculated Recognized Losses and other identified criteria to flag and reach out to a number of electronic filers and request that various sample purchases, sales, and holdings selected by A.B. Data be documented by providing confirmation slips or other transaction-specific supporting documentation. These targeted reviews helped to ensure that electronic data supplied by claimants did not contain inaccurate information. A.B. Data also performed additional targeted reviews in connection with the largest Claims.

## EXCLUDED PERSONS

17. A.B. Data reviewed all Claim Forms to ensure that they were not submitted by, or on behalf of, excluded persons to the extent that the identities of such persons or entities were known to A.B. Data through the list of Defendants, and other excluded persons and entities set forth in the Stipulation and the Notice, and through the claimants' certifications on the Claim Forms.

18. A.B. Data identified 11 claims submitted by, or on behalf of, a person or entity excluded from the Class. A.B. Data sent a letter to each of these claimants explaining the reason for rejection of their claim and providing an opportunity to

8

dispute the determination. A copy of the letter is attached hereto as Exhibit A. A.B. Data did not receive any responses disputing the determinations.

## PAPER CLAIM DEFICIENCY PROCESS

19.     Approximately 43 of the 77 paper Claim Forms, or approximately 55% of the paper Claim Forms submitted, were incomplete or had one or more defects or conditions of ineligibility, such as the Claim Form not being signed, not being properly documented, or indicating no eligible transactions of FCHS common stock.

20.     A majority of A.B. Data's efforts in handling an administration involve claimant communications, so that all claimants have a sufficient opportunity to cure any deficiencies and file a complete Claim Form.  The "Deficiency Process," which primarily involved mailing letters to claimants and, in response, making and receiving calls and sending and receiving emails to and from claimants, was intended to assist claimants in properly completing their otherwise deficient submissions so that they would be eligible to receive a distribution from the Net Settlement Fund.

21.     If a Claim Form was determined to be defective or ineligible, a letter ("Deficiency Notice") was sent to the claimant describing the defect(s) or condition(s) of ineligibility in their Claim Form and what was necessary to cure any "curable" defect(s) in the Claim Form.  The Deficiency Notice advised the claimant that the submission of the appropriate information and/or documentary evidence to complete the Claim Form had to be sent within twenty (20) days from the date

of the letter, or the Claim Form would be recommended for rejection to the extent the deficiency or condition of ineligibility was not cured. The Deficiency Notice also advised claimants that if they desired to contest the administrative determination, they were required to submit a written statement to A.B. Data requesting Court review of the determination and setting forth the basis for the request. A.B. Data mailed, by First-Class Mail, a total of 43 Deficiency Notices to claimants. Attached hereto as Exhibit B is an example of the Deficiency Notice.

22.    Claimants' responses to the Deficiency Notices were scanned into A.B. Data's database and associated with the corresponding Claim Form. The responses were then carefully reviewed and evaluated by A.B. Data's team of processors. If a claimant's response corrected the defect(s), A.B. Data updated the database manually to reflect the change in status of the Claim Form.

### ELECTRONIC CLAIM DEFICIENCY PROCESS

23.    Using the following process, A.B. Data provided claim submitters who filed electronically via spreadsheet and whose submissions were deficient with an email attaching a Transaction Report, which listed the specific electronic Claims that were incomplete along with a list of the specific portions of the Claims that were incorrect or incomplete. The Transaction Reports:

(a)    were sent electronically to 10 filers who submitted 55 deficient or ineligible electronic Claims;[2]

---

[2] Electronic Claim submissions are typically submitted by nominees on behalf of numerous beneficial owners. It is not uncommon for an electronic submission to include thousands of claims. The 81 electronic Claims received were submitted by 10 filers. Of those 81 electronic Claims, 55 were deficient or ineligible.

(b)     identified individual transactions and entire electronic Claims that were found to be deficient or ineligible so that the filer on behalf of the claimant had the opportunity to correct the deficient condition or contest the determination of ineligibility;

(c)     stated that any deficient transactions or electronic Claims that remain uncured, as well as any transactions or electronic Claims that were identified as ineligible on the Transaction Report, would be recommended for rejection;

(d)     notified the filer that it could, on behalf of the claimant, request that the Court review A.B. Data's administrative determination if it wished to contest the rejection of any transactions or electronic Claims; and

(e)     provided A.B. Data's contact information so that the filer could reach out to A.B. Data if it had any questions or required assistance.

24.    The responses to the Transaction Reports were reviewed by A.B. Data's Securities Team, scanned, and/or loaded into A.B. Data's database, and associated with the corresponding electronic Claim.  If the response corrected the defect(s) or affected the electronic Claim's status, A.B. Data manually and/or programmatically updated the database to reflect the change in status of the electronic Claim.

## DISPUTED CLAIMS

25.    As noted above, A.B. Data mailed or emailed a total of 64 Deficiency Notices, rejection letters, and Transaction Reports, covering a total of 109 Claims.

Recipients of those notices, letters, and reports were advised that they had the right to contest A.B. Data's administrative determination of deficiencies or ineligibility within twenty (20) days (for Deficiency Notices and Transaction Reports) or thirty (30) days (for rejection letters)  from the date of notification and that they could request that the dispute be submitted to the Court for review.  More specifically, such persons were advised in the Deficiency Notice and in the Transaction Reports that to dispute A.B. Data's determinations, they needed to provide a statement of reasons indicating their grounds for contesting the rejection, along with supporting documentation.

26.    A total of one Claimant contested A.B. Data's administrative determinations and requested review by the Court. To resolve the dispute without necessitating the Court's intervention, A.B. Data contacted the person requesting Court review, A.B. Data answered all their questions, fully explained A.B. Data's determination of the Claim's status, and facilitated the submission of missing information or documentation.

27.    As a result of these efforts, the request for Court review has been retracted.

### LATE BUT OTHERWISE ELIGIBLE CLAIMS

28.    Through May 31, 2022, A.B. Data received 3 Claim Forms that were postmarked or received after June 25, 2021, the submission deadline established by the Court.  A.B. Data processed all late Claim Forms received through May 31, 2022, and 3 have been found to be otherwise eligible in whole or in part (the "Late

But Otherwise Eligible Claims"). A.B. Data has not rejected any Claim Forms received through May 31, 2022, solely based on its late submission, and A.B. Data believes no delay has resulted from the provisional acceptance of these Late But Otherwise Eligible Claims. To the extent they are eligible but for the fact that they were late, A.B. Data recommends that they be eligible for payment.

29. However, there must be a final cut-off date after which no more Claim Forms will be accepted so that there may be a proportional distribution of the Net Settlement Fund and the distribution may be accomplished. Acceptance of additional Claim Forms or responses to Deficiency Notices received during the finalization of the administration and the preparation of this application would necessarily require a delay in the distribution. Accordingly, A.B. Data intends that no Claim Forms or responses received after May 31, 2022 shall be eligible for payment in the initial distribution. If six months after the initial distribution, monies remain in the fund and it is economically feasible to make an additional distribution, A.B. Data, in consultation with Class Counsel, will consider whether it is equitable that claims received after May 31, 2022, and are otherwise eligible in whole or in part, should be eligible for payment in such a re-distribution.

## QUALITY ASSURANCE

30. An integral part of all of A.B. Data's settlement administration projects is its quality assurance review. A.B. Data personnel worked throughout the entire administration process to ensure that Claim Forms were processed properly; that deficiency and ineligibility message codes were properly applied to

13

Claim Forms; that Deficiency Notices were mailed to the appropriate claimants; and that A.B. Data's computer programs were operating properly.

31. In support of the work described above, A.B. Data staff designed, implemented, and tested the following programs for this administration: (i) data entry screens that store Claim Form information (including all transactional data included on each Claim Form and in any supporting documentation), attach message codes and, where necessary, apply text to denote conditions existing within the Claim Form; (ii) screens for the analyst to review images of the Claim Form and any supporting documentation provided; (iii) programs to load and analyze transactional data submitted electronically for all electronic Claims (the load program converts the data submitted into the format required by the calculation program, and the analysis program determines if the data is consistent and complete); (iv) a program to compare the claimed transaction prices against the reported market prices to confirm that the claimed transactions were within an acceptable range of the reported market prices; (v) a calculation program to analyze the transactional data for all Claim Forms and calculate the Recognized Losses; and (vi) programs to generate various reports throughout and at the conclusion of the administration, including lists of all eligible and ineligible Claim Forms.

32. A.B. Data's Securities Team performed a final quality control check once all of the accepted Claims were processed, Deficiency Notices were mailed, and deficiency responses were reviewed and processed, to ensure the correctness

and completeness of all of the Claim Forms processed, before A.B. Data prepared its final reports to Lead Counsel.  Here, in connection with this quality assurance wrap-up, A.B. Data: (i) confirmed that Claim Forms that are recommended for approval have no messages denoting ineligibility; (ii) confirmed that Claim Forms that are recommended for rejection have messages denoting ineligibility; (iii) confirmed that all Claim Forms requiring "deficiency" notices were sent such notices; (iv) performed a sample review of deficient Claim Forms; (v) reviewed a sampling of Claim Forms with high Recognized Losses; (vi) sampled Claim Forms that had been determined to be ineligible, including those with no Recognized Losses calculated in accordance with the Plan of Allocation, in order to verify that all transactions had been captured correctly; and (vii) retested the accuracy of the calculation program.

33.    As part of its due diligence in processing the Claims, A.B. Data conducted a questionable claim filer search of all Claim Forms and electronic Claims filed in the Settlement.  A.B. Data maintains a database of known questionable filers.  This database contains names, addresses, and aliases of individuals compiled from previous settlements that A.B. Data has administered and of individuals from whom fraudulent claims were received.  A.B. Data updates this database on a regular basis.  The database for the Settlement was searched for all individuals identified in our questionable claim filer database.  A.B. Data performed searches based on name, aliases, address, and city/zip code.  In addition, all of A.B. Data's claim processors are trained to identify any potentially

15

inauthentic documentation when processing claims, including for claims submitted by claimants not previously captured in our database as questionable claim filers. Processors are instructed to flag claims as questionable claims and route them to the project manager and Securities Team for review.

## DISPOSITION OF CLAIM FORMS

34. A.B. Data has completed the processing of the 142 Claim Forms that were received through May 31, 2022, and has determined that 64 are acceptable and 78 should be wholly rejected because they are either ineligible, wholly deficient, or have no Recognized Loss when calculated in accordance with the Plan of Allocation.

35. The 78 rejected Claim Forms are ineligible for the following reasons:

### Summary of Rejected Claim Forms

| Reason for Rejection | Number of Claim Forms |
|---|---|
| No Eligible Purchases/Acquisitions During the Class Period | 12 |
| Claim Form Did Not Result in a Recognized Loss | 44 |
| Deficient Claim Form Never Cured | 5 |
| Duplicate Claim Form | 4 |
| Excluded Party | 11 |
| Withdrawn Claim Form | 2 |
| **TOTAL** | **78** |

36. A list of the Claim Forms submitted, and A.B. Data's intended disposition, is contained in the Administrator's Report attached hereto as Exhibits C-1 through C-3. Exhibit C-1, entitled "Timely Eligible Claims," lists all timely filed, provisionally accepted Claim Forms, and states their Recognized Loss. Exhibit C-

2, entitled "Late But Otherwise Eligible Claims," lists all late-filed, provisionally accepted Claim Forms and states their Recognized Loss.  Exhibit C-3, entitled "Rejected Claims," lists all wholly rejected Claim Forms and states the reason for their rejection.  For privacy reasons, Exhibits C-1 through C-3 provide only the claimant's claim number and Recognized Loss or reason for rejection (no names, addresses, taxpayer ID, social security or social insurance numbers are disclosed).

37.    A.B. Data has determined that 64 Claim Forms should be accepted. The Claim Forms identified for acceptance represent total Recognized Losses of $2,402,116.76.  Of that total, $2,366,839.13 is for Timely Eligible Claims and $35,277.63 is for Late But Otherwise Eligible Claims.  According to the Plan of Allocation, each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss in comparison to the total Recognized Losses of all Authorized Claimants. A.B. Data will prepare and mail checks (or wire transfers where applicable) to Authorized Claimants for their payment amount subject to the provisions of the Court-approved distribution plan.

## A.B. DATA'S REQUESTED FEES AND DISBURSEMENTS

38.    A.B. Data agreed to be the Claims Administrator in exchange for payment of its fees and expenses, which are paid pursuant to the Stipulation.  To date, A.B. Data has incurred $84,069.15 for its work performed on behalf of the Class, including its estimate of fees and expenses to complete the Initial Distribution.  The Stipulation allows for $50,000 to be paid to A.B. Data without further order of the Court.  ECF No. 64-1, ¶A.22. A.B. Data therefore respectfully

17

request that the Court authorize payment to A.B. Data of the balance of $34,069.15. Attached hereto as Exhibit D are copies of A.B. Data's invoices.

## **DISTRIBUTION PLAN FOR THE NET SETTLEMENT FUND**

39.    Should the Court concur with A.B. Data's recommendations and determinations concerning the provisionally accepted and rejected Claims, including the Late But Otherwise Eligible Claims, A.B. Data recommends the following distribution plan (the "Distribution Plan"):

(a)    A.B. Data will distribute 100% of the available balance of the Net Settlement Fund after deducting any Notice and Administration Costs, Taxes and Tax Expenses to Authorized Claimants who would receive at least $10.00 based on their Recognized Loss in comparison to the total Recognized Losses of all Authorized Claimants.

(b)    In order to encourage Authorized Claimants to promptly deposit their payments, all distribution checks will bear a notation "DEPOSIT PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT NEGOTIATED WITHIN 90 DAYS OF DISTRIBUTION."[3]

---

[3] For Authorized Claimants whose checks are returned as undeliverable, A.B. Data will attempt to locate new addresses by reasonable methods.  Where a new address is located, A.B. Data will update the database accordingly and re-issue a distribution check to the Authorized Claimant at the new address.  In the event an Authorized Claimant loses or damages his, her or its check, or otherwise requires a new check, A.B. Data will issue replacements.  Distribution re-issues will be undertaken only upon written instructions from the Authorized Claimant, provided that the Authorized Claimant returns the previous check where appropriate.  For all checks, A.B. Data will void the initial payment prior to re-issuing a payment. Authorized Claimants will be informed that, if they do not cash their distribution checks within 90 days from the mail date, or they do not cash check reissues within 30 days of the mailing of such reissued check, their check will lapse, their entitlement to recovery will be irrevocably forfeited and the funds will be re-allocated to other Authorized Claimants.  Reissue requests for lost or damaged checks will be granted after

(c)    Authorized Claimants who do not negotiate their distribution checks within the time allotted or on the conditions set forth in footnote 3 will irrevocably forfeit all recovery from the Settlement.  The funds allocated to all such stale-dated checks will be available to be distributed to other Authorized Claimants if Lead Counsel, in consultation with A.B. Data, determines that it is feasible to conduct a re-distribution.  Similarly, Authorized Claimants who do not negotiate their subsequent distributions (should such distributions occur) within the time allotted or on the conditions set forth in footnote 3 will irrevocably forfeit any further recovery from the Net Settlement Fund.

(d)    Consistent with the Plan of Allocation, after A.B. Data has made reasonable and diligent efforts to have Authorized Claimants negotiate their distribution checks, any balance remaining in the Net Settlement Fund at least six months after the initial distribution of such funds shall be re-distributed on a pro rata basis among Authorized Claimants who cashed their checks or in another equitable and economic fashion, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such redistribution.   These redistributions shall be repeated until the balance in the Net Settlement Fund is no longer economical to distribute.

(e)    No new Claim Forms may be accepted after May 31, 2022 in connection with the initial distribution, and no further adjustments to previously

---

the void date on the checks as long as the request for the reissue is received prior to the next planned distribution.  Requests for reissued checks in connection with any re-distribution will be handled in the same manner.

19

received Claims that would result in an increased Recognized Claim amount may be made during the initial distribution.  As stated above, if six months after the initial distribution, monies remain in the fund and it is economically feasible to make an additional distribution, A.B. Data, in consultation with Class Counsel, will consider whether it is equitable that claims received after May 31, 2022, and are otherwise eligible in whole or in part, should be eligible for payment in such a re-distribution.

(f)    Any balance that still remains in the Net Settlement Fund after redistribution(s) which are not feasible or economical to reallocate, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund, shall be contributed to non-sectarian, not-for-profit organizations(s), to be recommended by Lead Counsel and after review and approval by the Court.

(g)    Unless otherwise ordered by the Court, one year after the final distribution, A.B. Data will destroy the paper copies of the Claim Forms and all supporting documentation, and one year after all funds have been distributed, A.B. Data will destroy electronic copies of the same.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 10, 2022, in Palm Beach Gardens, Florida.

ERIC J. MILLER

20

# EXHIBIT A

FIRST CHOICE HEALTHCARE SOLUTIONS, INC. SEC. LITIG.
C/O A.B. DATA, LTD.
P.O. BOX 173070
MILWAUKEE, WI 53217



**NOTICE OF REJECTION OF CLAIM**

**DATE:**                    ███████████

**RE:**                      **First Choice Healthcare Solutions, Inc. Sec. Litig.**

**CLAIM NUMBER:**            ██████████

**RESPONSE DEADLINE:**       ███████████

Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim Form") that you submitted in connection with the settlement achieved in the above-noted litigation. Your Claim, based on our review, is ineligible for a recovery for the reason listed below.

In order for this Claim to be eligible, the identified curable conditions of ineligibility must be resolved and the Claim must then calculate to a Recognized Claim under the Court-approved Plan of Allocation. Please include a copy of this notice with your response. **If you fail to respond by the response deadline printed above, or if your response fails to cure the condition(s) identified below, your Claim will be rejected in its entirety. Please note that this is the only notice you will receive with respect to this Claim.**

This Claim was submitted by, or on behalf of, a person or entity excluded from the Class by definition or pursuant to request. Please note, excluded from the Settlement Class are Defendants First Choice Healthcare Solutions, Inc. ("FCHS") and Christian Romandetti, Sr., who was FCHS's Chairman of the Board of Directors, President, and Chief Executive Officer (collectively, "Defendants"); the officers, directors, and employees of FCHS during the Class Period (the "Excluded D&Os"); members of the Defendants' and Excluded D&Os' immediate families, legal representatives, heirs, agents, affiliates, successors, or assigns; any entity in which Defendants, the Excluded D&Os, or their immediate families have or had a controlling interest; and Steward Health Care System LLC and its affiliates, successors, and assigns. Also excluded from the Settlement Class are those Persons who timely and validly request exclusion from the Settlement Class in accordance with the instructions provided in this Notice.

Based upon a review of the filings and proceedings in *United States v. Christian Romandetti, Sr., Frank Sarro, Jeffrey Miller, and Mark Burnett,* No. CR-18-614 (E.D.N.Y.), including the indictment and guilty pleas of Jeffrey Miller and Mark Burnett, this Claim was submitted by an alleged or admitted co-conspirator of Christian Romandetti, Sr., and hence submitted by an agent or affiliate of Christian Romandetti, Sr.

To resolve this condition of ineligibility, your response must explain why your Claim is not on behalf of a person or entity excluded from the Class and you should include acceptable supporting documentation. Curing any other deficiency or ineligibility condition(s) that may be listed in this notice will not make your Claim eligible unless you can establish that the Claim is not on behalf of an excluded person or entity.

If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination.  To request Court review of your Claim, you must send us a signed written statement that (a) states your reasons for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim"; and (c) includes a copy of this notice, postmarked no later than the response deadline set forth above.  If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court (with financial account numbers and certain other information redacted). **Please note: Court review should only be sought if you disagree with our determination regarding this Claim.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 877-933-2895 or email us at info@FirstChoiceSecuritiesLitigation.com.  Please reference the Claim number listed above in any communication.  If you would like to view or download the Settlement Notice which contains the Plan of Allocation, you may do so by visiting www.FirstChoiceSecuritiesLitigation.com.

Very truly yours,

A.B. DATA, LTD.
Claims Administrator

# EXHIBIT B

FIRST CHOICE HEALTHCARE SOLUTIONS, INC. SEC. LITIG.
C/O A.B. DATA, LTD.
P.O. BOX 173070
MILWAUKEE, WI 53217



## NOTICE OF REJECTION OF CLAIM

**DATE:**

**RE:**              **First Choice Healthcare Solutions, Inc. Sec. Litig.**

**CLAIM NUMBER:**

**RESPONSE DEADLINE:**

Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim Form") that you submitted in connection with the settlement achieved in the above-noted litigation. Your Claim, based on our review, is ineligible for a recovery for the reason(s) listed below. Please note that some reasons for ineligibility are curable. To resolve the identified curable condition(s) of ineligibility, please follow the instructions below.

In order for this Claim to be eligible, the identified curable conditions of ineligibility must be resolved and the Claim must then calculate to a Recognized Claim under the Court-approved Plan of Allocation. Please include a copy of this notice with your response. **If you fail to respond by the response deadline printed above, or if your response fails to cure the condition(s) identified below, your Claim will be rejected in its entirety. Please note that this is the only notice you will receive with respect to this Claim.**

### No Eligible Purchase During the Class Period

This Claim does not include a purchase of First Choice Healthcare Solutions, Inc. ("FCHS") common stock during the period between April 1, 2014, through November 14, 2018, inclusive (the "Class Period").

This is NOT a curable deficiency unless you had a purchase or acquisition of FCHS common stock during the Class Period that is not reflected in your Claim. If you purchased or acquired FCHS common stock during the Class Period, you must advise us in writing and provide the appropriate documentation to support your transactions.

### Inadequate or Missing Documentation for Entire Claim

This Claim did not include any documentation to support the information you provided, or the documentation previously provided was deemed inadequate.

To resolve this deficiency, please submit acceptable documentation to support your transactions and called for holding positions in FCHS common stock for your entire Claim. *Please do not merely resubmit the same documentation that you previously submitted.* Acceptable documentation consists of copies of brokerage

confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding position information found in a broker confirmation slip or account statement.  Examples of <u>unacceptable</u> documentation include:  spreadsheets from your personal records; statements that are missing pertinent information or missing the account holder's name; and printouts from broker websites that do not include the required information.

**No "Recognized Loss Amount" Pursuant to Court-Approved Plan of Allocation**

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which was previously provided to you and is available for review on the Settlement website), we have determined that this Claim calculates to a "Recognized Loss Amount" of zero and therefore is not eligible to receive any distribution from the Net Settlement Fund.

This is NOT a curable deficiency unless you had additional transactions in FCHS common stock during the period between April 1, 2014, through November 14, 2018, inclusive (the "Class Period"), that are not reflected in your Claim.  Please note, your Claim may also have other ineligible conditions listed in this notice.  If the ineligible conditions listed in this notice are not cured, the Claim will not be recommended for approval, and, therefore, it will not be eligible to receive any recovery.  If other ineligible conditions are resolved but the Claim still does not calculate to a Recognized Claim under the Plan of Allocation, the Claim will remain ineligible.

**Missing Signature**

This Claim was not signed.

To resolve this deficiency, please sign and date the attached Declaration.

**Claims that are not cured by the response deadline above will be rejected.**  If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination.  To request Court review of your Claim, you must send us a signed written statement that (a) states your reasons for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim"; and (c) includes a copy of this notice, postmarked no later than the response deadline set forth above.  If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court (with financial account numbers and certain other information redacted).  **<u>Please note: Court review should only be sought if you disagree with our determination regarding this Claim.</u>**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 877-933-2895 or email us at info@FirstChoiceSecuritiesLitigation.com.  Please reference the Claim number listed above in any communication.  If you would like to view or download the Settlement Notice which contains the Plan of Allocation, you may do so by visiting www.FirstChoiceSecuritiesLitigation.com.

Very truly yours,

A.B. DATA, LTD.
Claims Administrator

Claim Number: ███████

DECLARATION

Under penalty of perjury, I (we) certify that all information provided by me (us), the undersigned on the Claim Form, and with this notice is true, correct, and complete, and that the documents submitted with the Claim Form and herewith are true and correct copies of what they purport to be.

_____    _____    _____
Signature of Claimant                Print Name of Claimant              Date


_____    _____    _____
Signature of Joint Claimant, if any  Print Name of Joint Claimant, if any  Date


**IF CLAIMANT IS OTHER THAN AN INDIVIDUAL, OR IS NOT THE PERSON COMPLETING THIS FORM, THE FOLLOWING MUST BE PROVIDED:**


_____    _____    _____
Signature of Person Signing          Print Name of Person Signing        Date
on Behalf of Claimant                on Behalf of Claimant


_____
Capacity of Person Signing on Behalf of Claimant, if other than an individual, e.g., Executor, President, Trustee, Custodian, etc. (Must provide evidence of authority to act on behalf of Claimant – see Paragraph II.E. on page 2 of Claim Form.)


_____
Claimant's Social Security Number,
Taxpayer Identification Number, or Employer
Identification Number

# EXHIBIT C-1

**EXHIBIT C-1:  TIMELY ELIGIBLE CLAIMS**

**Exhibit Summary: Total Claims: 61 Claims; Total Recognized Loss: $2,366,839.13**

| Claim Number | Recognized Loss |
| --- | --- |
| 105536769 | 814,666.79 |
| 75328453 | 431,940.00 |
| 105536742 | 151,441.20 |
| 105536767 | 142,923.58 |
| 105536770 | 124,000.00 |
| 105536785 | 106,996.34 |
| 105478105 | 61,800.00 |
| 105536777 | 59,273.16 |
| 105536745 | 38,200.00 |
| 105536735 | 33,151.29 |
| 105536765 | 31,199.52 |
| 105536736 | 30,771.72 |
| 105536753 | 23,428.00 |
| 75328185 | 20,806.43 |
| 105536778 | 20,100.00 |
| 75328215 | 19,800.00 |
| 75328194 | 16,132.38 |
| 105536789 | 14,979.00 |
| 105536760 | 14,807.00 |
| 105536747 | 13,614.64 |
| 75328212 | 13,530.00 |
| 105536734 | 13,200.00 |
| 75328201 | 12,045.00 |
| 75330510 | 11,216.04 |
| 105536788 | 10,956.00 |
| 105536754 | 9,689.00 |
| 105536768 | 9,126.00 |
| 105536741 | 7,520.00 |
| 105536752 | 7,057.00 |
| 75328203 | 6,600.00 |
| 75330496 | 6,600.00 |
| 75330498 | 6,600.00 |
| 75330502 | 6,600.00 |
| 75330508 | 6,600.00 |
| 75330509 | 6,600.00 |
| 105536755 | 6,600.00 |
| 105536764 | 6,600.00 |
| 105536781 | 6,600.00 |
| 105536766 | 4,808.00 |
| 105536746 | 3,960.00 |
| 75328188 | 3,300.00 |
| 75328196 | 3,300.00 |
| 105478089 | 3,300.00 |
| 105536774 | 3,300.00 |

Exhibit C-1: Page 1 of 2

**EXHIBIT C-1:  TIMELY ELIGIBLE CLAIMS**

| Claim Number | Recognized Loss |
| --- | --- |
| 105536761 | 3,036.00 |
| 105536776 | 3,036.00 |
| 105536780 | 2,850.00 |
| 105536782 | 2,825.00 |
| 105536786 | 2,079.00 |
| 105536787 | 1,650.00 |
| 75330505 | 1,254.00 |
| 105536759 | 1,188.00 |
| 75328195 | 788.00 |
| 105536762 | 660.00 |
| 105536751 | 650.00 |
| 105536756 | 389.40 |
| 105536773 | 330.00 |
| 105536749 | 184.80 |
| 105536748 | 141.24 |
| 105536775 | 33.00 |
| 105536758 | 6.60 |

Exhibit C-1: Page 2 of 2

# EXHIBIT C-2

**EXHIBIT C-2:  LATE BUT OTHERWISE ELIGIBLE CLAIMS**

**Exhibit Summary: Total Claims: 3 Claims; Total Recognized Loss: $35,277.63**

| Claim Number | Recognized Loss |
| --- | --- |
| 75399864 | 325.00 |
| 105478108 | 4,996.20 |
| 105536796 | 29,956.43 |

Exhibit C-2: Page 1 of 1

# EXHIBIT C-3

**EXHIBIT C-3: REJECTED CLAIMS**

**Exhibit Summary: Total Claims: 78**

| Claim Number | Reason |
| --- | --- |
| 75307449 | No Recognized Loss |
| 75307450 | No Recognized Loss |
| 75317284 | No Recognized Loss |
| 75328186 | Duplicate Claim |
| 75328187 | No Purchase |
| 75328189 | No Recognized Loss |
| 75328190 | No Recognized Loss |
| 75328191 | No Recognized Loss |
| 75328192 | No Recognized Loss |
| 75328193 | No Recognized Loss |
| 75328197 | No Recognized Loss |
| 75328198 | No Recognized Loss |
| 75328199 | No Recognized Loss |
| 75328200 | No Recognized Loss |
| 75328202 | No Recognized Loss |
| 75328204 | No Recognized Loss |
| 75328205 | No Recognized Loss |
| 75328206 | No Recognized Loss |
| 75328207 | No Recognized Loss |
| 75328208 | No Recognized Loss |
| 75328209 | No Recognized Loss |
| 75328210 | No Recognized Loss |
| 75328211 | No Recognized Loss |
| 75328213 | No Recognized Loss |
| 75328214 | No Recognized Loss |
| 75328216 | No Recognized Loss |
| 75330484 | No Recognized Loss |
| 75330495 | No Recognized Loss |
| 75330497 | Excluded Party |
| 75330499 | No Recognized Loss |
| 75330500 | No Purchase |
| 75330501 | No Recognized Loss |
| 75330503 | No Recognized Loss |
| 75330504 | Excluded Party |
| 75330506 | Excluded Party |
| 75330507 | No Purchase |
| 75331332 | Withdrawn |
| 75331333 | Withdrawn |
| 75331334 | No Purchase |
| 75331335 | No Purchase |
| 75331336 | No Purchase |
| 75331337 | No Purchase |
| 75346910 | Duplicate Claim |
| 75365801 | No Recognized Loss |

Exhibit C-3: Page 1 of 2

**EXHIBIT C-3: REJECTED CLAIMS**

| Claim Number | Reason |
|---|---|
| 75399862 | No Recognized Loss |
| 75399863 | No Recognized Loss |
| 75424191 | No Recognized Loss |
| 105478087 | No Purchase |
| 105478096 | Duplicate Claim |
| 105478102 | Duplicate Claim |
| 105478106 | No Recognized Loss |
| 105478107 | No Recognized Loss |
| 105536732 | No Recognized Loss |
| 105536733 | No Purchase |
| 105536737 | No Recognized Loss |
| 105536738 | No Recognized Loss |
| 105536739 | Missing Documentation |
| 105536740 | Missing Documentation |
| 105536743 | No Recognized Loss |
| 105536744 | Excluded Party |
| 105536750 | Excluded Party |
| 105536757 | No Recognized Loss |
| 105536763 | No Recognized Loss |
| 105536771 | No Purchase |
| 105536772 | No Purchase |
| 105536779 | Missing Documentation |
| 105536784 | No Recognized Loss |
| 105536790 | No Purchase |
| 105536791 | Missing Documentation |
| 105536792 | Missing Documentation |
| 105536794 | No Recognized Loss |
| 105536795 | No Recognized Loss |
| 105536797 | Excluded Party |
| 105536798 | Excluded Party |
| 105536799 | Excluded Party |
| 105536800 | Excluded Party |
| 105536801 | Excluded Party |
| 105536802 | Excluded Party |

Exhibit C-3: Page 2 of 2

# EXHIBIT D

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY 10022

| | |
|---|---|
| **INVOICE** | INV000301149 |
| **PAGE** | 1/1 |
| **DATE** | 1/31/2021 |
| **CLIENT** | 021610 |

## INVOICE

**JOB        54378        MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| CAFA Notice (flat fee) | 1 | 2,000.00 | $2,000.00 |
| Postage | 1 | 395.250 | $395.25 |

| | |
|---|---|
| **TOTAL** | **$2,395.25** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

WOLF POPPER
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY 10022

| INVOICE | INV000301305 |
|---|---|
| PAGE | 1/1 |
| DATE | 3/31/2021 |
| CLIENT | 021610 |

## INVOICE

**JOB     54378          MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Project/Database Setup (One-Time Fee) | 1 | 4,500.00 | $4,500.00 |
| Website Setup and Design (One-Time Fee) | 1 | 1,500.00 | $1,500.00 |
| Toll-Free Telephone Line Setup (One-Time Fee) | 1 | 1,000.00 | $1,000.00 |
| Project Management (Hourly) | 9.00 | 165.00 | $1,485.00 |
| System Support (Hourly) | 1.50 | 175.00 | $262.50 |
| Staff (Hourly) | 7.50 | 95.00 | $712.50 |
| Printing and Mailing of Postcards | 6,250 | 0.250 | $1,562.50 |
| Postage | 1 | 2,419.14 | $2,419.14 |
| Post Office Box Rental/Renewal | 1 | 1,260.00 | $1,260.00 |
| Bank, Broker, and Nominee Fees | 1 | 62.50 | $62.50 |
| Receipt,Processing of Banker/Broker/Nominee Lists - Mailing | 4 | 175.00 | $700.00 |

|  | **TOTAL** | **$15,464.14** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | INVOICE | INV000301422 |
|---|---|---|
| | PAGE | 1/1 |
| | DATE | 4/30/2021 |
| | CLIENT | 867810 |

WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

## INVOICE

**JOB      54378      MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 52 | 0.65 | $33.80 |
| Remailing of Notice Postcards to Updated Addresses | 1 | 0.89 | $0.89 |
| Loading of Electronic Claim Data | 2 | 175.00 | $350.00 |
| Project Management (Hourly) | 2.75 | 165.00 | $453.75 |
| System Support (Hourly) | 7.75 | 175.00 | $1,356.25 |
| Quality Assurance (Hourly) | 8.00 | 150.00 | $1,200.00 |
| Staff (Hourly) | 72.25 | 95.00 | $6,863.75 |
| Printing and Mailing of Postcards | 3,000 | 0.250 | $750.00 |
| Printing - Fulfillment | 1 | 250.000 | $250.00 |
| Postage | 1 | 135.620 | $135.62 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 12 | 0.44 | $5.28 |
| 800 Number Charges (Per Minute) | 232 | 0.12 | $27.84 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 470 | 0.15 | $70.50 |
| Bank, Broker, and Nominee Fees | 1 | 395.53 | $395.53 |
| Receipt,Processing of Banker/Broker/Nominee Lists - Mailing | 7 | 175.00 | $1,225.00 |
| Electronic Storage (Per Page/Per Month) | 470 | 0.010 | $4.70 |

|  | **TOTAL** | **$13,562.91** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000301515 |
| **PAGE** | 1/1 |
| **DATE** | 5/31/2021 |
| **CLIENT** | 867810 |

## INVOICE

**JOB     54378     MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 42 | 0.65 | $27.30 |
| Remailing of Notice Postcards to Updated Addresses | 18 | 0.89 | $16.02 |
| Receipt and Preparation of Paper Claim Forms | 2 | 2.00 | $4.00 |
| Loading of Electronic Claims Data | 0.25 | 175.00 | $43.75 |
| Project Management (Hourly) | 2.00 | 165.00 | $330.00 |
| System Support (Hourly) | 0.50 | 175.00 | $87.50 |
| Quality Assurance (Hourly) | 0.25 | 150.00 | $37.50 |
| Staff (Hourly) | 7.50 | 95.00 | $712.50 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 4 | 0.44 | $1.76 |
| CSRs/Live Operators (Per Hour) | 1.50 | 48.00 | $72.00 |
| 800 Number Charges (Per Minute) | 11 | 0.12 | $1.32 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 271 | 0.15 | $40.65 |
| Receipt,Processing of Banker/Broker/Nominee Lists - Mailing | 1 | 175.00 | $175.00 |
| Electronic Storage (Per Page/Per Month) | 741 | 0.010 | $7.41 |

| | | |
|---|---|---|
| **TOTAL** | | **$1,996.71** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000301552 |
| **PAGE** | 1/1 |
| **DATE** | 6/25/2021 |
| **CLIENT** | 867810 |

# INVOICE

**JOB**    **54378**        **MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 9 | 0.65 | $5.85 |
| Remailing of Notice Postcards to Updated Addresses | 36 | 0.89 | $32.04 |
| Receipt and Preparation of Paper Claim Forms | 11 | 2.00 | $22.00 |
| Loading of Electronic Claim Data | 1 | 175.00 | $175.00 |
| Project Management (Hourly) | 4.25 | 165.00 | $701.25 |
| System Support (Hourly) | 1.25 | 175.00 | $218.75 |
| Quality Assurance (Hourly) | 1.00 | 150.00 | $150.00 |
| Staff (Hourly) | 39.50 | 95.00 | $3,752.50 |
| Postage | 1 | 18.240 | $18.24 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 1.25 | 48.00 | $60.00 |
| 800 Number Charges (Per Minute) | 76 | 0.12 | $9.12 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 430 | 0.15 | $64.50 |
| Bank, Broker, and Nominee Fees | 1 | 1,114.10 | $1,114.10 |
| Receipt,Processing of Banker/Broker/Nominee Lists - Mailing | 1 | 175.00 | $175.00 |
| Electronic Storage (Per Page/Per Month) | 1,171 | 0.010 | $11.71 |

| | |
|---|---|
| **TOTAL** | **$6,950.06** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000301699 |
| **PAGE** | 1/1 |
| **DATE** | 7/31/2021 |
| **CLIENT** | 867810 |

## INVOICE

**JOB    54378    MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 8 | 0.65 | $5.20 |
| Receipt and Preparation of Paper Claim Forms | 51 | 2.00 | $102.00 |
| Claims Processing, Validation and Audits (Hourly) | 22 | 48.00 | $1,056.00 |
| Loading of Electronic Claim Data | 16 | 175.00 | $2,800.00 |
| Project Management (Hourly) | 5.00 | 165.00 | $825.00 |
| System Support (Hourly) | 2.25 | 175.00 | $393.75 |
| Quality Assurance (Hourly) | 0.25 | 150.00 | $37.50 |
| Staff (Hourly) | 28.50 | 95.00 | $2,707.50 |
| Postage | 1 | 168.720 | $168.72 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Media Notices- PR Newswire (3/30/2021) | 1 | 1,062.50 | $1,062.50 |
| CSRs/Live Operators (Per Hour) | 1.50 | 48.00 | $72.00 |
| 800 Number Charges (Per Minute) | 96 | 0.12 | $11.52 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Advanced Address Updates | 83 | 1.10 | $91.30 |
| Document Imaging | 165 | 0.15 | $24.75 |
| Receipt,Processing of Banker/Broker/Nominee Lists - Mailing | 1 | 175.00 | $175.00 |
| Electronic Storage (Per Page/Per Month) | 1,336 | 0.010 | $13.36 |

| | | **TOTAL** | **$9,986.10** |
|---|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000301797 |
| **PAGE** | 1/1 |
| **DATE** | 8/31/2021 |
| **CLIENT** | 867810 |

## INVOICE

**JOB      54378       MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 4 | 0.65 | $2.60 |
| Claims Processing, Validation and Audits (Hourly) | 2 | 48.00 | $96.00 |
| Loading of Electronic Claims Data | 0.50 | 175.00 | $87.50 |
| Senior Executive Management (Hourly) | 0.25 | 450.00 | $112.50 |
| System Support (Hourly) | 0.25 | 175.00 | $43.75 |
| Staff (Hourly) | 3.00 | 95.00 | $285.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Media Notices- PR Newswire (3/30/2021) - Credit July Invoice | -1 | 1,062.50 | $-1,062.50 |
| Media Notices- PR Newswire (3/30/2021) | 1 | 2,718.75 | $2,718.75 |
| 800 Number Charges (Per Minute) | 1 | 0.12 | $0.12 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 11 | 0.15 | $1.65 |
| Electronic Storage (Per Page/Per Month) | 1,347 | 0.010 | $13.47 |

| | |
|---|---|
| **TOTAL** | **$2,738.84** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000301861 |
| **PAGE** | 1/1 |
| **DATE** | 9/30/2021 |
| **CLIENT** | 867810 |

## INVOICE

**JOB**    **54378**    **MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 6 | 0.65 | $3.90 |
| Claims Processing, Validation and Audits (Hourly) | 15 | 48.00 | $720.00 |
| Senior Executive Management (Hourly) | 0.50 | 450.00 | $225.00 |
| Quality Assurance (Hourly) | 4.75 | 150.00 | $712.50 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 0.25 | 48.00 | $12.00 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage (Per Page/Per Month) | 1,347 | 0.010 | $13.47 |

| | |
|---|---|
| **TOTAL** | **$2,126.87** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000301991 |
| **PAGE** | 1/1 |
| **DATE** | 10/31/2021 |
| **CLIENT** | 867810 |

## INVOICE

**JOB        54378            MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 2 | 0.65 | $1.30 |
| Claims Processing, Validation and Audits (Hourly) | 6 | 48.00 | $288.00 |
| Quality Assurance (Hourly) | 18.50 | 150.00 | $2,775.00 |
| Staff (Hourly) | 4.25 | 95.00 | $403.75 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 0.25 | 48.00 | $12.00 |
| 800 Number Charges (Per Minute) | 66 | 0.12 | $7.92 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage (Per Page/Per Month) | 1,347 | 0.010 | $13.47 |

| | | |
|---|---|---|
| | **TOTAL** | **$3,941.44** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000302094 |
| **PAGE** | 1/1 |
| **DATE** | 11/30/2021 |
| **CLIENT** | 867810 |

# INVOICE

**JOB**    **54378**      **MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Preparation of Paper Claim Forms | 2 | 2.00 | $4.00 |
| Claims Processing, Validation and Audits (Hourly) | 1 | 48.00 | $48.00 |
| Project Management (Hourly) | 4.25 | 165.00 | $701.25 |
| Quality Assurance (Hourly) | 1.50 | 150.00 | $225.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 1.00 | 48.00 | $48.00 |
| 800 Number Charges (Per Minute) | 187 | 0.12 | $22.44 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 44 | 0.15 | $6.60 |
| Electronic Storage (Per Page/Per Month) | 1,391 | 0.010 | $13.91 |

| | |
|---|---|
| **TOTAL** | **$1,509.20** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000302188 |
| **PAGE** | 1/1 |
| **DATE** | 12/31/2021 |
| **CLIENT** | 867810 |

## INVOICE

**JOB    54378    MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Preparation of Paper Claim Forms | 3 | 2.00 | $6.00 |
| Claims Processing, Validation and Audits (Hourly) | 2 | 48.00 | $96.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 0.25 | 48.00 | $12.00 |
| 800 Number Charges (Per Minute) | 48 | 0.12 | $5.76 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 9 | 0.15 | $1.35 |
| Electronic Storage (Per Page/Per Month) | 1,400 | 0.010 | $14.00 |
| QSF Income Tax Reporting (Per Year) | 1 | 2,250.00 | $2,250.00 |

|  | **TOTAL** | **$2,825.11** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000302338 |
| **PAGE** | 1/1 |
| **DATE** | 1/31/2022 |
| **CLIENT** | 867810 |

## INVOICE

**JOB    54378         MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 1 | 0.65 | $0.65 |
| Project Management (Hourly) | 4.50 | 165.00 | $742.50 |
| Quality Assurance (Hourly) | 3.75 | 150.00 | $562.50 |
| Staff (Hourly) | 1.00 | 95.00 | $95.00 |
| Postage | 1 | 26.400 | $26.40 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 0.25 | 48.00 | $12.00 |
| 800 Number Charges (Per Minute) | 115 | 0.12 | $13.80 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 218 | 0.15 | $32.70 |
| Electronic Storage (Per Page/Per Month) | 1,618 | 0.010 | $16.18 |

**TOTAL          $1,941.73**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| **INVOICE** | INV000302456 |
| **PAGE** | 1/1 |
| **DATE** | 2/28/2022 |
| **CLIENT** | 867810 |

WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

### INVOICE

**JOB      54378          MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Preparation of Paper Claim Forms | 8 | 2.00 | $16.00 |
| Claims Processing, Validation and Audits (Hourly) | 0.75 | 48.00 | $36.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 28.50 | 48.00 | $1,368.00 |
| 800 Number Charges (Per Minute) | 59 | 0.12 | $7.08 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 162 | 0.15 | $24.30 |
| Electronic Storage (Per Page/Per Month) | 1,780 | 0.010 | $17.80 |

**TOTAL          $1,909.18**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000302548 |
| **PAGE** | 1/1 |
| **DATE** | 3/31/2022 |
| **CLIENT** | 867810 |

## INVOICE

**JOB      54378          MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Claims Processing, Validation and Audits (Hourly) | 3.00 | 48.00 | $144.00 |
| Project Management (Hourly) | 6.00 | 165.00 | $990.00 |
| Quality Assurance (Hourly) | 0.25 | 150.00 | $37.50 |
| Staff (Hourly) | 8.25 | 95.00 | $783.75 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 5 | 0.44 | $2.20 |
| CSRs/Live Operators (Per Hour) | 3.00 | 48.00 | $144.00 |
| 800 Number Charges (Per Minute) | 7 | 0.12 | $0.84 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage (Per Page/Per Month) | 1,780 | 0.010 | $17.80 |

|  |  |
|---|---|
| **TOTAL** | **$2,560.09** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000302724 |
| **PAGE** | 1/1 |
| **DATE** | 4/30/2022 |
| **CLIENT** | 867810 |

## INVOICE

**JOB      54378          MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Claims Processing, Validation and Audits (Hourly) | 5.25 | 48.00 | $252.00 |
| Project Management (Hourly) | 7.25 | 165.00 | $1,196.25 |
| Quality Assurance (Hourly) | 10.50 | 150.00 | $1,575.00 |
| Postage | 1 | 4.100 | $4.10 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| CSRs/Live Operators (Per Hour) | 2.75 | 48.00 | $132.00 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Post Office Box Rental/Renewal | 1 | 1,340.00 | $1,340.00 |
| Electronic Storage (Per Page/Per Month) | 1,780 | 0.010 | $17.80 |

|  |  |
|---|---|
| **TOTAL** | **$4,957.15** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

WOLF POPPER LLP
842 THIRD AVENUE, 12 FLOOR
NEW YORK, NY, 10022

| | |
|---|---|
| **INVOICE** | INV000302790 |
| **PAGE** | 1/1 |
| **DATE** | 5/31/2022 |
| **CLIENT** | 867810 |

## INVOICE

**JOB      54378            MAZ v First Choice**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Project Management (Hourly) | 0.25 | 165.00 | $41.25 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 2 | 0.44 | $0.88 |
| CSRs/Live Operators (Per Hour) | 0.50 | 48.00 | $24.00 |
| 800 Number Charges (Per Minute) | 2 | 0.12 | $0.24 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage (Per Page/Per Month) | 1,780 | 0.010 | $17.80 |

|  | |
|---|---|
| **TOTAL** | **$524.17** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. Data, Ltd.

Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

Date: June 1, 2022
RFP Number: 1813
Case Name: *MAZ Partners LP v. First Choice Healthcare Solutions, Inc.*

| Professional Fees | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Fund Distribution** | | | |
| Distribution Setup | 1 | 1,500 | 1,500 |
| Receipt and Processing of Undeliverable Checks | 10 | 3.25 | 33 |
| | | | |
| **Project Management and Reporting** | | | |
| Project Management *(hourly)* | 8 | 165 | 1,320 |
| System Support *(hourly)* | 2 | 175 | 350 |
| Quality Assurance *(hourly)* | 2 | 150 | 300 |
| Staff *(hourly)* | 4 | 95 | 380 |
| **Subtotal Professional Fees** | | $ | 3,882.50 |

| Project Expenses | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Printing and Mailing** | | | |
| Printing and Mailing of Checks/De Minimis Letters | 64 | 3.50 | 224 |
| Reissuance of Checks to Updated Addresses[3] | 10 | 4.50 | 45 |
| | | | |
| **Postage (USPS Presort rates when available)** | | | |
| Postage | 64 | 0.50 | 32 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 4 | 250 | 1,000 |
| Interactive Voice Response (IVR) *(per minute)* | 30 | 0.44 | 13 |
| 800 Number Charges *(per minute)* | 100 | 0.12 | 12 |
| IVR and Line Maintenance *(monthly)* | 4 | 190 | 760 |
| CSRs/Live Operators *(per hour)* | 5 | 48 | 240 |
| | | | |
| **Fund Administration** | | | |
| QSF Income Tax Reporting *(per year)* | 1 | 2,250 | 2,250 |
| Individual Income-Tax Reporting | | | N/A |
| | | | |
| **Miscellaneous Expenses** | | | |
| Check-Processing Fee *(per check)* | 50 | 0.15 | 8 |
| Electronic Storage (1 Year) | 1 | 214.00 | 214 |
| Other Miscellaneous Expenses, including, labels, supplies, shipping and handling, bank charges, document storage, and other costs as applicable | | | As Incurred |
| **Subtotal Project Expenses** | | $ | 4,797.70 |
| **Total Estimated Project Cost** | | $ | 8,680.20 |