UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAZ PARTNERS LP,

      Plaintiff,

v.                               Case No:   6:19-cv-619-PGB-LHP

FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. and CHRISTIAN
ROMANDETTI, SR.,

      Defendants

-----

**ORDER**

This cause comes before the Court on review of Lead Plaintiff Maz Partners LP's Motion for Approval of Distribution of Net Settlement Fund (Doc. No. 82), which the presiding District Judge has referred to the undersigned. Upon consideration, it is **ORDERED** that on or before **October 7, 2022**, Lead Counsel shall submit a proposed order regarding the motion.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2022.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties