# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MAZ PARTNERS LP,**

**Plaintiff,**

v.                                                        **Case No: 6:19-cv-619-PGB-LHP**

**FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. and
CHRISTIAN ROMANDETTI,
SR.,**

**Defendants.**

_____/

## <u>ORDER</u>

This cause is before the Court on Plaintiff Maz Partners LP's Motion for Approval of Distribution of Net Settlement Fund. (Doc. 82). The United States Magistrate Judge has submitted a report recommending the motion be granted. (Doc. 85).

After an independent *de novo* review of the record in this matter and noting neither party has filed any timely objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** that the Report and Recommendation (Doc. 85) is **ADOPTED** and **CONFIRMED** and made a part of this Order. The Court will enter a separate order approving distribution of net settlement funds, and the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 30, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2